**Fill in this information to identify the case:**

Debtor name: **Fretz Construction Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Case number (if known): **17-33832**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**   $767.71

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Prosperity Bank Operating Account** | **Operating Account** | | $6,568.71 |
   | 3.2. **Prosperity Bank Payroll Account** | **Payroll Account** | | $30.00 |

4. Other cash equivalents *(Identify all)*

   4.1. **Check from Texas Mutual Insurance Company - Insurance Dividend to be turned over to Trustee**   $12,235.00

5. **Total of Part 1.**   $19,601.42

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Debtor | **Fretz Construction Company** | Case number (If known) 17-33832 |
|---|---|---|
| | Name | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 668,519.50 | - | 0.00 | =.... | $668,519.50 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.** $668,519.50

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Fixed Assets-See Attached List dated 12/31/2014. Attachment B39. May not be correct but last one available. Estimated Value. Probably Overstated.** | **Unknown** | N/A | $120,000.00 |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

Debtor    **Fretz Construction Company**                                 Case number *(If known)* **17-33832**
          Name

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | | $120,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Oral Leasehold Interest in Premises at 8945 Longpoint Road, Houston, Texas, Several Offices Only -Landlord Forney Construction Co.** <br> **No Term on Lease** | Leasehold Interest | $0.00 | N/A | $0.00 |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor  **Fretz Construction Company**　　　　　　　　　　Case number *(If known)* **17-33832**
　　　　　Name

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Retainages Held Projects -Collectability Unknown- May be Subject to Offset**<br>Nature of claim　　**Retainage Due**<br>Amount requested　　**$642,902.20** | $642,902.20 |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $642,902.20 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

Debtor    **Fretz Construction Company**                        Case number *(If known)* **17-33832**
          Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $19,601.42 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $668,519.50 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $120,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $642,902.20 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,451,023.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,451,023.12 |

# ATTACHMENT B39

**ASSET DEPRECIATION SHORT REPORT**
*Fretz Construction Company - Dec. 31, 2014*

Assets: 66 of 188 Included
Include: Exclude disposed assets
Method: BOOK - Std Conv Applied

Sort #1: Asset A/C#

| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr | End A/Depr |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | **Asset A/C#: 01-1420 - CONSTRUCTION EQUIPMENT** | | | | | | | |
| 09/13/05 | 2005 Top Hat Trailer - VIN **63083 | SB200/7 | 1,465.29 | 0.00 | 1,465.29 | 1,465.29 | 0.00 | 1,465.29 |
| 05/01/08 | Shop Forklift | SLP/7 | 14,067.09 | 0.00 | 14,067.09 | 11,387.62 | 2,009.58 | 13,397.20 |
| | Totals: 01-1420 - CONSTRUCTION EQUIPMENT ( 2 assets ) | | 15,532.38 | 0.00 | 15,532.38 | 12,852.91 | 2,009.58 | 14,862.49 |
| | **Asset A/C#: 01-1430 - AUTOMOBILES AND TRUCKS** | | | | | | | |
| 01/26/04 | 2004 Ford F250 PU - VIN **00039 | SB200/5 | 25,878.24 | 0.00 | 25,878.24 | 25,878.24 | 0.00 | 25,878.24 |
| 06/25/07 | 2007 Lexus RX400H - VIN **05084 | SLP/5 | 53,519.83 | 0.00 | 53,519.83 | 53,519.83 | 0.00 | 53,519.83 |
| | Totals: 01-1430 - AUTOMOBILES AND TRUCKS ( 2 assets ) | | 79,398.07 | 0.00 | 79,398.07 | 79,398.07 | 0.00 | 79,398.07 |
| | **Asset A/C#: 01-1440 - FURNITURE & FIXTURES** | | | | | | | |
| 11/26/01 | Wood Sculpture RRF JR | SB200/7 | 800.00 | 0.00 | 800.00 | 800.00 | 0.00 | 800.00 |
| 08/08/02 | Newspaper & Photo Framing | SB200/7 | 1,185.07 | 0.00 | 1,185.07 | 1,185.07 | 0.00 | 1,185.07 |
| 11/22/02 | Proxima X350 Projector w/RF Remote | SB200/5 | 3,192.29 | 0.00 | 3,192.29 | 3,192.29 | 0.00 | 3,192.29 |
| 04/05/05 | Folding Tables (8) and Chairs (25) -... | SB200/5 | 1,646.70 | 0.00 | 1,646.70 | 1,646.70 | 0.00 | 1,646.70 |
| 10/17/06 | Phaser 7400DN | SB200/5 | 2,766.87 | 0.00 | 2,766.87 | 2,766.87 | 0.00 | 2,766.87 |
| 11/03/06 | 550 Sheet Feed Tray Phaser 7400DN | SB200/5 | 645.17 | 0.00 | 645.17 | 645.17 | 0.00 | 645.17 |
| 11/18/06 | Flower Bowls | SB200/5 | 2,971.74 | 0.00 | 2,971.74 | 2,971.74 | 0.00 | 2,971.74 |
| 01/06/09 | Fujitsu FI-6240 Scanner (Timberscan) | SLP/5 | 2,194.00 | 0.00 | 2,194.00 | 2,194.00 | 0.00 | 2,194.00 |
| 08/03/09 | HP DC7900 Computer (Mrs. Fretz) | SLP/5 | 1,080.00 | 0.00 | 1,080.00 | 954.00 | 126.00 | 1,080.00 |
| 08/17/09 | HP 8730w EliteBook Laptop (RC) | SLP/5 | 1,875.60 | 0.00 | 1,875.60 | 1,656.78 | 218.82 | 1,875.60 |
| 05/25/10 | Canon Plotter | SLP/7 | 4,546.50 | 0.00 | 4,546.50 | 2,381.50 | 649.50 | 3,031.00 |
| 03/19/12 | HP 8200 Elite SFF Computer (MR) | SLP/5 | 2,119.54 | 0.00 | 2,119.54 | 777.17 | 423.91 | 1,201.08 |
| 04/16/12 | HP 8200 Elite SFF Computer (RRF Home) | SLP/5 | 2,219.13 | 0.00 | 2,219.13 | 776.70 | 443.83 | 1,220.53 |
| 04/23/12 | HP 8200 Elite SFF Computer (JR) | SLP/5 | 2,535.76 | 0.00 | 2,535.76 | 887.51 | 507.15 | 1,394.66 |
| 06/01/12 | 2 HP Proliant DL 380P Servers | SLP/10 | 38,537.00 | 0.00 | 38,537.00 | 6,101.69 | 3,853.70 | 9,955.39 |
| 06/01/12 | HP LTO5 SAS Drive (Backup Drive) | SLP/10 | 5,553.23 | 0.00 | 5,553.23 | 879.26 | 555.32 | 1,434.58 |
| 06/01/12 | 3 Netgear Prosafe GS752 TPS | SLP/10 | 5,709.11 | 0.00 | 5,709.11 | 903.94 | 570.91 | 1,474.85 |
| 06/01/12 | 2 Netgear Prosafe Wireless Access Points | SLP/10 | 692.80 | 0.00 | 692.80 | 109.69 | 69.28 | 178.97 |
| 06/01/12 | Sonic Wall NSA 2400 | SLP/10 | 692.80 | 0.00 | 692.80 | 109.69 | 69.28 | 178.97 |
| 06/01/12 | APC 5KVA UPS Server Back-Up | SLP/10 | 4,432.84 | 0.00 | 4,432.84 | 701.86 | 443.28 | 1,145.14 |
| 06/01/12 | Server Software | SLP/10 | 22,281.05 | 0.00 | 22,281.05 | 3,527.84 | 2,228.11 | 5,755.95 |
| 06/01/12 | Server Video Card | SLP/5 | 1,872.73 | 0.00 | 1,872.73 | 593.04 | 374.55 | 967.59 |
| 06/01/12 | HP Proliant DL 120 Cold Plug | SLP/7 | 979.66 | 0.00 | 979.66 | 221.59 | 139.95 | 361.54 |
| 06/20/12 | Under-Counter Refrigerator | SLP/7 | 1,644.38 | 0.00 | 1,644.38 | 805.41 | 234.91 | 1,040.32 |
| 06/27/12 | 2 Knoll Barcelona Chairs (Millie's Office) | SLP/7 | 9,661.45 | 0.00 | 9,661.45 | 2,189.85 | 1,383.06 | 3,572.91 |
| 06/27/12 | 1 Florence Knoll Bench - 2nd Floor Lobby | SLP/7 | 3,971.69 | 0.00 | 3,971.69 | 899.35 | 567.38 | 1,466.73 |
| 07/31/12 | 55 File Cabinets (Assorted Sizes) | SLP/7 | 23,256.86 | 0.00 | 23,256.86 | 11,391.12 | 3,322.41 | 14,713.53 |
| 07/31/12 | 12 Conference Room Chairs | SLP/7 | 7,118.52 | 0.00 | 7,118.52 | 1,525.40 | 1,016.93 | 2,542.33 |
| 07/31/12 | 24 Office Guest Chairs | SLP/7 | 17,755.77 | 0.00 | 17,755.77 | 3,804.81 | 2,536.54 | 6,341.35 |
| 07/31/12 | 11 Executive Office Chairs | SLP/7 | 9,642.69 | 0.00 | 9,642.69 | 2,066.29 | 1,377.53 | 3,443.82 |
| 08/28/12 | Dishes and Kitchen Accessories | SLP/7 | 1,351.30 | 0.00 | 1,351.30 | 273.47 | 193.04 | 466.51 |
| 08/30/12 | Miscellaneous File Cabinets | SLP/7 | 6,792.68 | 0.00 | 6,792.68 | 1,374.71 | 970.38 | 2,345.09 |
| 09/03/12 | Barstool for Student Desk | SLP/7 | 69.99 | 0.00 | 69.99 | 13.33 | 10.00 | 23.33 |
| 09/10/12 | Cisco ASA - Any Connect VPN | SLP/5 | 1,407.25 | 0.00 | 1,407.25 | 375.27 | 281.45 | 656.72 |
| 09/10/12 | Netgear Wireless Router | SLP/7 | 319.34 | 0.00 | 319.34 | 60.83 | 45.62 | 106.45 |
| 09/11/12 | Oval Walnut Table - RRF Office | SLP/7 | 6,495.00 | 0.00 | 6,495.00 | 927.86 | 927.86 | 1,855.72 |
| 09/12/12 | Xerox 8570 Color Qube Printer (RRF) | SLP/5 | 849.77 | 0.00 | 849.77 | 226.60 | 169.95 | 396.55 |
| 09/12/12 | Xerox 8570 Color Qube Printer (MS) | SLP/5 | 849.77 | 0.00 | 849.77 | 226.60 | 169.95 | 396.55 |
| 09/12/12 | Samsung 46" Smart TV - Lobby | SLP/5 | 2,002.63 | 0.00 | 2,002.63 | 534.04 | 400.53 | 934.57 |
| 09/12/12 | Wireless Polycom Soundstation | SLP/7 | 778.32 | 0.00 | 778.32 | 148.25 | 111.19 | 259.44 |
| 09/12/12 | Samsung Phone System w/ 21 Phones | SLP/10 | 19,217.62 | 0.00 | 19,217.62 | 2,562.35 | 1,921.76 | 4,484.11 |
| 09/17/12 | HP Elite 8300 CMT Computer (Samina) | SLP/5 | 2,551.45 | 0.00 | 2,551.45 | 680.39 | 510.29 | 1,190.68 |
| 09/23/12 | Wall Prints for Office (Lindy) | SLP/3 | 2,490.27 | 0.00 | 2,490.27 | 1,106.79 | 830.09 | 1,936.88 |
| 09/23/12 | Wall Prints for Office (Lindy) | SLP/3 | 1,846.12 | 0.00 | 1,846.12 | 820.49 | 615.37 | 1,435.86 |
| 10/23/12 | 6 Chair Mats | SLP/5 | 1,500.35 | 0.00 | 1,500.35 | 375.09 | 300.07 | 675.16 |
| 10/23/12 | Wall Prints for Office (Lindy) | SLP/3 | 3,135.27 | 0.00 | 3,135.27 | 1,306.36 | 1,045.09 | 2,351.45 |
| 11/09/12 | Kitchen Wall Clock | SLP/5 | 151.45 | 0.00 | 151.45 | 35.34 | 30.29 | 65.63 |
| 11/18/12 | Wastebasket - 4th Floor Lobby | SLP/7 | 397.00 | 0.00 | 397.00 | 66.16 | 56.71 | 122.87 |
| 11/28/12 | 2 Seville Chairs - 2nd Floor Lobby | SLP/7 | 6,059.81 | 0.00 | 6,059.81 | 1,009.97 | 865.69 | 1,875.66 |
| 11/28/12 | 2 Parsons End Tables (Lobby/Millie's Office) | SLP/7 | 938.56 | 0.00 | 938.56 | 156.43 | 134.08 | 290.51 |
| 03/11/13 | HP Desktop Elite 8300 Computer (CO) | SLP/5 | 1,211.32 | 0.00 | 1,211.32 | 201.89 | 242.26 | 444.15 |
| 03/13/13 | 2 Samsung 19" Monitors (CO) | SLP/5 | 338.96 | 0.00 | 338.96 | 56.49 | 67.79 | 124.28 |
| 04/05/13 | Brother HL5450DN Printer (Reception) | SLP/5 | 238.13 | 0.00 | 238.13 | 35.72 | 47.63 | 83.35 |
| 04/05/13 | Brother HL5450DN Printer (CO) | SLP/5 | 238.13 | 0.00 | 238.13 | 35.72 | 47.63 | 83.35 |
| 04/05/13 | Brother HL5450DN Printer (Samina) | SLP/5 | 238.13 | 0.00 | 238.13 | 35.72 | 47.63 | 83.35 |
| 04/19/13 | Acer AC 22" Monitor (Spare Office) | SLP/5 | 216.47 | 0.00 | 216.47 | 32.47 | 43.29 | 75.76 |

ASSET DEPRECIATION SHORT REPORT  
*Fretz Construction Company - Dec. 31, 2014*

Assets: 66 of 188 Included  
Include: Exclude disposed assets  
Method: BOOK - Std Conv Applied

Sort #1: Asset A/C#

| Date Acq | | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Beg A/Depr | Curr Depr (Includes Section 179) | End A/Depr |
|---|---|---|---|---|---|---|---|---|---|
| **Asset A/C#: 01-1440 - FURNITURE & FIXTURES** | | | | | | | | | |
| 04/26/13 | | Shelving in Basement | SLP / 7 | 11,504.58 | 0.00 | 11,504.58 | 1,232.63 | 1,643.51 | 2,876.14 |
| 08/04/14 | A | Kitchen Chairs (2nd Floor) | SLP / 7 | 385.37 | 0.00 | 385.37 | 0.00 | 32.11 | 32.11 |
| 07/09/14 | A | 60-inch Vizio Smart TV (Conference Room) | SLP / 5 | 925.00 | 0.00 | 925.00 | 0.00 | 92.50 | 92.50 |
| 12/11/14 | A | Dell 23.8" Monitor/Kybrd/Mouse (JB) | SLP / 5 | 887.61 | 0.00 | 887.61 | 0.00 | 14.79 | 14.79 |
| 12/18/14 | A | HP Z420 Workstation (MN) | SLP / 5 | 1,665.97 | 0.00 | 1,665.97 | 0.00 | 27.77 | 27.77 |
| 12/18/14 | A | HP Z440 Workstation (MS) | SLP / 5 | 2,055.67 | 0.00 | 2,055.67 | 0.00 | 34.26 | 34.26 |
| **Totals: 01-1440 - FURNITURE & FIXTURES ( 62 assets )** | | | | 262,710.24 | 0.00 | 262,710.24 | 72,576.30 | 33,042.93 | 105,619.23 |
| **Grand totals for all accounts: ( 66 assets )** | | | | 357,640.69 | 0.00 | 357,640.69 | 164,827.28 | 35,052.51 | 199,879.79 |

Codes that may appear next to the date acquired include: A - Addition, D - Disposal, T - Traded, I - Inactive, C - Construction In Progress, MQ - Mid Quarter Applied

| Additional Summary Statistics: | Cost | Curr Yr Salv | Prior Yr Salv | Depr Basis | Beg A/Depr | Curr A/Depr | End A/Depr | Net Book Val |
|---|---|---|---|---|---|---|---|---|
| Grand Totals for All Assets | 357,640.69 | 0.00 | 0.00 | 357,640.69 | 164,827.28 | 35,052.51 | 199,879.79 | 157,760.90 |
| Inactive Assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less: Disposed Assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Less: Traded Assets | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Totals (Active & Inactive Assets) | 357,640.69 | 0.00 | 0.00 | 357,640.69 | 164,827.28 | 35,052.51 | 199,879.79 | 157,760.90 |