**Fill in this information to identify the case:**

Debtor name **Fretz Construction Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Case number (if known) **17-33832**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Harris County, et al.**
**c/o John P. Dillman**
**P.O. Box 3064**
**Houston, TX 77253-3064**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**　Priority amount: **Unknown**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Personal Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**　Priority amount: **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Payroll Taxes and Unemployment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Fretz Construction Company**
_____
Name

Case number (if known) **17-33832**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

2.3 Priority creditor's name and mailing address
**Texas Workforce Commission**
**Labor Law Payment Division**
**P.O. Box 684483**
**Austin, TX 78768-4483**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Unemployment Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 Nonpriority creditor's name and mailing address
**A Affordable Insulators**
**17515 Colony Creek Dr.**
**Spring, TX 77379**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Note**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address
**AAA Paymaster Sales & Service**
**4660 Beechnut, Suite 209**
**Houston, TX 77096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$427.59**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Goods & Services**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

3.3 Nonpriority creditor's name and mailing address
**ABC Doors, Inc.**
**P.O. Box 20485**
**Houston, TX 77225-0485**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Subcontractor**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

3.4 Nonpriority creditor's name and mailing address
**ACS Flooring Group, Inc.**
**1289 N. Post Oak Road, Suite 190**
**Houston, TX 77055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,975.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Goods & Services**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

3.5 Nonpriority creditor's name and mailing address
**Action Parking Area Maint.**
**P.O. Box 2144**
**Pearland, TX 77588-2144**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Subcontractor**

Is the claim subject to offset?   ☑ No   ☐ Yes

---

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,913.12 |
|---|---|---|---|

**Action Trucking Company**
P.O. Box 670506
Dallas, TX 75267-0506

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,646.23 |
|---|---|---|---|

**Acton Mobile Industries, LLC**
P.O. Box 758689
Baltimore, MD 21275-8689

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,758.00 |
|---|---|---|---|

**Adams Insurance Services, Inc.**
P.O. Box 7011
Houston, TX 77248-7011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AECO Interior Contractors**
P.O.Box 10378
Houston, TX 77206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,692.23 |
|---|---|---|---|

**AFA Systems, Inc.**
4719 Ingersoll Street
Houston, TX 77027

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.85 |
|---|---|---|---|

**Alpha Threaded Products**
6426 Long Drive
Houston, TX 77087

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aluminium Techniques, Inc.**
13302 Redfish Lane
Stafford, TX 77477

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.54 |
|---|---|---|---|

**Always In Season, Inc.**
P.O. Box 271502
Houston, TX 77277-1502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods & Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,386.00 |
|---|---|---|---|

**American Door Products**
P.O. Box 55187
Houston, TX 77255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Subcontractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,625.12 |
|---|---|---|---|

**American Fence Company**
13222 Reeveston Rd.
Houston, TX 77039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods & Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,600.00 |
|---|---|---|---|

**American Fixtures**
P.O. Box 2086
New Caney, TX 77357-2086

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Subcontractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Life Insurance Corp.**
P.O. Box 82590
Lincoln, NE 68501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods & Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,697.55 |
|---|---|---|---|

**Ameritas Life Ins. Corp.**
P.O. Box 82590
Lincoln, NE 68501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods & Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anne Whitlock and Michael Skelly**
1001 McKinney St., Suite 700
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Note

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Architectural Floors**
**1803 Allen Parkway**
**Houston, TX 77019**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,900.00**

**Associated Gen. Contractors**
**3825 Dacoma Street**
**Houston, TX 77092**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$634.88**

**Athene Annuity and Life Co.**
**P.O. Box 29047**
**New York, NY 10087-9047**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**B & D Contractor, Inc.**
**c/o Lisa M.Norman**
**1885 St. James Place, 15th Floor**
**Houston, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Banks Plastering**
**26009 Budde Rd., Bldg. B-100**
**Spring, TX 77380**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bayou City Masonry**
**6113 Clyde St.**
**Houston, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,140.16**

**Beirne, Maynard & Parsons, LLP**
**P.O. Box 27457**
**Houston, TX 77227-7457**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com |

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Big 4 Steel Services, L.P.
27444 E Hardy Rd
Spring, TX 77373-2701

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,194.76**

Big City Access Holdings, LLC
P.O. Box 678014
Dallas, TX 75267-8014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$913.47**

Big Tex Welding Supply
6836 Long Drive
Houston, TX 77087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brandt Electrical Services, Inc.
751 Carolina, Suite 400
Katy, TX 77494

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Subcontractor w/ Note

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bruegging Company
11226 Charles Rd
Houston, TX 77041

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Bugtime Termite & Pest Control
235 FM 1960 East Bypass
Humble, TX 77338

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$568.11**

Builders Gypsum Supply, LLP
P.O. Box 731242
Dallas, TX 75373-1242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,053.20 |
|---|---|---|---|

**Burns DeLatte & McCoy, Inc.**
320 Wescott
Houston, TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Burts Construction, Inc.**
26117 Highway 249
Tomball, TX 77377-7356

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,087.75 |
|---|---|---|---|

**Buyers Barricades**
P.O. Box 7498
Fort Worth, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chamberlin Houston, LLC**
7510 Langtry
Houston, TX 77040

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor w/ Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Champion Rentals, Inc.**
6903 North Shepherd
Houston, TX 77091

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor w/ Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,607.19 |
|---|---|---|---|

**Circle Saw Builders Supply**
2510 Ella Boulevard
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CKC Steel Erectors, LLC**
P.O. Box 841007
Houston, TX 77284

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Fretz Construction Company**                                    Case number (if known)   **17-33832**
         ───────────────────────────────────                              ──────────────────────
         Name

| | |
|---|---|
| **3.41** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| **CLS Technology, Inc.** | ☐ Contingent |
| P.O. Box 1066 | ■ Unliquidated |
| Katy, TX 77492-1066 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  **Subcontractor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown (claim amount, row 3.41)

---

**3.42** Nonpriority creditor's name and mailing address — **$48,482.08**

**Coastal Supplies and Services, Corp.**
7700 Eagle Lane
Spring, TX 77379
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods & Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address — **Unknown**

**Commercial Tile & Marble**
11226 Charles Rd.
Houston, TX 77041
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim:  **Subcontractor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address — **$2,500.00**

**Concrete Cleaning, Inc.**
P.O. Box 73452
Houston, TX 77273-3452
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods & Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address — **$1,145.01**

**Conroe Welding Supply, Inc.**
415 South Frazier
Conroe, TX 77301
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods & Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address — **$7,664.50**

**Construction Ecoservices**
P.O. Box 672987
Houston, TX 77267
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods & Services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address — **$1,633.00**

**Core Associates, LLC**
c/o Merrill Lynch
105 South Bedford Road
Mount Kisco, NY 10549
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods & Services**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fretz Construction Company**                                    Case number (if known)   17-33832
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.48**

Nonpriority creditor's name and mailing address
**CP Applications, LLC**
P.O. Box 590826
Houston, TX 77259-0826

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.49**

Nonpriority creditor's name and mailing address
**Crawford Electric Supply Company, Inc.**
c/o Lisa M. Norman
1885 St. James Place, 15th Floor
Houston, TX 77056

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.50**

Nonpriority creditor's name and mailing address
**Cristo Rey Jesuit College Preparatory Sc**
6700 Mount Carmel Street
Houston, TX 77087

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No ☐ Yes

**$2,502.00**

---

**3.51**

Nonpriority creditor's name and mailing address
**D & H Masonry**
10920 Darby Loop
Conroe, TX 77385-7410

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.52**

Nonpriority creditor's name and mailing address
**David Morris, Architect**
5707 Reamer
Houston, TX 77096

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No ☐ Yes

**$5,040.00**

---

**3.53**

Nonpriority creditor's name and mailing address
**Diversified Plastering**
15250 Sellers Road
Houston, TX 77060

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.54**

Nonpriority creditor's name and mailing address
**Don F. Russell, P.C.**
4635 Southwest Freeway, Suite 610
Houston, TX 77027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No ☐ Yes

**$315.00**

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00**

**Door King**
2209 Hurfus Dr.
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dow Pipe & Fence Supply Co.**
1802 Preston Road
Pasadena, TX 77503

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,141.00**

**Eickhof Columbaria, Inc.**
P.O. Box 537
Crookston, MN 56716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,600.00**

**Empire Steel Erectors, LP**
2227 Wilson Road
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,518.47**

**Episcopal Health Foundation**
500 Fannin Street, Suite 300
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**ESC Consultants, Inc.**
P.O. Box 691447
San Antonio, TX 78269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,380.00**

**Excel Carpets, Inc.**
511 Rankin Ciercle North
Houston, TX 77073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fast Track Specialties, Inc.**
7807 Bluff Point Drive, Suite 180
Houston, TX 77086

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.73 |
|---|---|---|---|

**Fastenal Company**
P.O. Box 978
Winona, MN 55987-0978

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fireproof Contractors, Inc.**
P.O. Box 550107
Houston, TX 77255-0107

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,577.70 |
|---|---|---|---|

**Frank H. Holcomb, P.C.**
1330 Post Oak Blvd., Suite 2930
Houston, TX 77056

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,967.51 |
|---|---|---|---|

**Gainsborough Waste**
P.O. Box 4509-2
Houston, TX 77210-4509

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,831.88 |
|---|---|---|---|

**Graco Mechanical**
5910 Schumacher Lane
Houston, TX 77057-7188

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,875.00 |
|---|---|---|---|

**Graves Mechanical**
c/o Scott T. Citek
3730 Kirby Drive, Ste 650
Houston, TX 77098

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**GTS Window Coverings LLC**
**11423 Sagegrove Lane**
**Houston, TX 77089-4623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,220.00

**Gulf Coast Erectors, Inc.**
**5314 Spencer Highway**
**Pasadena, TX 77505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.49

**Gulf Storage Partners, LP**
**P.O. Box 791003**
**Baltimore, MD 21279-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,314.75

**HG Fire Systems, LP**
**15102 Sommermeyer, Suite 100**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**High Quality Structural**
**10322 Chatterton Drive**
**Houston, TX 77043**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,338.48

**Hilti, Inc. - TX**
**Dept 0890**
**P.O. Box 120001**
**Dallas, TX 75312-0890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,189.55

**Home Depot**
**Dept 32-2500754670**
**P.O. Box 9001043**
**Louisville, KY 40290-1043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
| --- | --- | --- | --- |

**Iklo Glass**
47 Lake Sterling Gate Dr.
Spring, TX 77379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Image Stone Design, Inc.**
3118 Golfcrest Blvd.
Houston, TX 77087

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,372.50 |
| --- | --- | --- | --- |

**Industrial Matt Co.**
P.O. Box 896
Clute, TX 77531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,188.00 |
| --- | --- | --- | --- |

**IPlumb**
308 W. Pasadena Frwy
Pasadena, TX 77506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Iron Access**
3815 Hollister St.
Houston, TX 77080-1848

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Iron Works Doors**
4603 Bridgeview Lane
Spring, TX 77388

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.93 |
| --- | --- | --- | --- |

**Jarrar & Company, Inc.**
9119 Emmott Road
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**KGI**
11251 NW Freeway, Suite 450
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$54.13**

---

**3.84** | Nonpriority creditor's name and mailing address
**Kiley Advisors, LLC**
99 Deteringm Suite 104
Houston, TX 77007

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**Kirksey**
6909 Portwest Drive
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,008.16**

---

**3.86** | Nonpriority creditor's name and mailing address
**Klinger Specalties Direct, Inc.**
3300 East TC Jester Blvd.
Houston, TX 77018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87** | Nonpriority creditor's name and mailing address
**Kronberg's Flags/Flagpoles**
7106 Mapelridge
Houston, TX 77081

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$11,500.00**

---

**3.88** | Nonpriority creditor's name and mailing address
**Lakey Electric Co.**
P.O. Box 40279
Houston, TX 77240-0279

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$357,559.88**

---

**3.89** | Nonpriority creditor's name and mailing address
**Lamm & Smith, P.C.**
3730 Kirby Drive, Suite 650
Houston, TX 77098

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

Debtor  **Fretz Construction Company**                                    Case number (if known)   17-33832

_____
Name

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

3.90   Nonpriority creditor's name and mailing address

**Landscape Art, Inc.**
**2303 Dickinson Ave.**
**League City, TX 77573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.91   Nonpriority creditor's name and mailing address

**Larry Minns, Landscape Architect**
**7670 S. FM 1486 Road**
**Montgomery, TX 77316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$19,873.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.92   Nonpriority creditor's name and mailing address

**Laser Acoustics, Inc.**
**11391Meadowglen Lane, Suite K**
**Houston, TX 77082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.93   Nonpriority creditor's name and mailing address

**Leon's Concrete**
**6641 Midfield Drive**
**Houston, TX 77092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.94   Nonpriority creditor's name and mailing address

**Letsos Company**
**P.O. Box 36927**
**Houston, TX 77236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$28,193.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.95   Nonpriority creditor's name and mailing address

**Light**
**4202 Richmond Avenue**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$997.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.96   Nonpriority creditor's name and mailing address

**Linbeck Group, LLC**
**3900 Essex Lane, Ste 1200**
**Houston, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fretz Construction Company**      Case number (if known)    17-33832
Name

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,063.96
| Linden-Kranz | ☐ Contingent |
| 1931 Wilderness Point Rd | ☐ Unliquidated |
| Kingwood, TX 77339-2240 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Goods & Services__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,050.00
| Livingston Construction Services | ☐ Contingent |
| 719 Turkey Creek | ☐ Unliquidated |
| Livingston, TX 77351 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Goods & Services__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| LMS | ☐ Contingent |
| c/o Jeffrey B. Kaiser | ■ Unliquidated |
| Kaiser, P.C. |
| 2211 Norfolk, Suite 528 | ☐ Disputed |
| Houston, TX 77098 |
| Date(s) debt was incurred _ | Basis for the claim: __Subcontractor w/ Note__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.28
| Lone Star Overnight | ☐ Contingent |
| P.O. Box 149225 | ☐ Unliquidated |
| Austin, TX 78714-9225 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Goods & Services__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,131.73
| Lowe's Commercial Services 4847 | ☐ Contingent |
| P.O. Box 530954 | ☐ Unliquidated |
| Atlanta, GA 30353-0954 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Goods & Services__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,757.00
| Lowery Masonry, LLC | ☐ Contingent |
| P.O. Box 750516 | ☐ Unliquidated |
| Houston, TX 77275 | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __Goods & Services__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
| Luebe Jones, Inc. d/b/a Avadek | ☐ Contingent |
| c/o Charles E. Lobb Jr. |
| Murray Lobb, PLLC | ■ Unliquidated |
| 700 Gemini, Suite 115 | ☐ Disputed |
| Houston, TX 77058 |
| Date(s) debt was incurred _ | Basis for the claim: __Note__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.20 |

Marchal/Stevenson Elev. Co.
11050 W. Little York, Bldg. E
Houston, TX 77041-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.40 |

McLemore Bldg. Maintenance, Inc.
110 Fargo Street
Houston, TX 77006-2014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,478.00 |

Melton & Melton, L.L.P.
6002 Rogerdale, Suite 200
Houston, TX 77072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Meyerland Glass & Mirror Co.
12922 Murphy Road
Stafford, TX 77477

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,074.00 |

MGC, Inc.
6800 Sands Point Drie
Houston, TX 77074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |

MHC Consulting, Inc.
P.O. Box 9057
Spring, TX 77387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Millis Equipment
931 Pheasant Valley Drive, Suite 240
Missouri City, TX 77489

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.85 |
|---|---|---|---|

**Minuteman Press Downtown**
2117 Chenevert Street, Suite A
Houston, TX 77003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,690.53 |
|---|---|---|---|

**Mobile Mini, Inc.**
P.O. Box 7144
Pasadena, CA 91109-7144

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,594.57 |
|---|---|---|---|

**Montalbano Lumber**
1309 Houston Avenue
Houston, TX 77007-6296

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.00 |
|---|---|---|---|

**Naegeli Transportation**
7201 Easthaven Blvd.
Houston, TX 77017-6597

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,382.57 |
|---|---|---|---|

**National Construction Rentals**
16207 Aldine Westfield
Houston, TX 77032

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Terrazzo Tile & Marble, Inc.**
5728 HoodStreet
Houston, TX 77023

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

**Occupational Health Centers of Southwest**
P.O. Box 9005
Addison, TX 75001-9005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Fretz Construction Company_____    Case number (if known) __17-33832_____
Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Overhead Door Company of Houston**
11533 South Main
Houston, TX 77025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.119 | Nonpriority creditor's name and mailing address |

**Pampered Lawns, Inc.**
5602 Centralcrest
Houston, TX 77092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.120 | Nonpriority creditor's name and mailing address |

**Peak Roofing, Inc.**
P.O. Box 70768
Houston, TX 77270-0768

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.121 | Nonpriority creditor's name and mailing address |

**Pella Products of Houston**
8700 Fallbrook Drive
Houston, TX 77064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.122 | Nonpriority creditor's name and mailing address |

**Pinnacle Structural Engineers**
3120 Southwest Freeway, Suite 410
Houston, TX 77098

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ☑ No ☐ Yes

$1,640.00

---

| 3.123 | Nonpriority creditor's name and mailing address |

**Precision Demolition, LLC**
5909 Gardendale Drive
Houston, TX 77092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| 3.124 | Nonpriority creditor's name and mailing address |

**Preferred Foodservice Design Supply, Inc**
3605 Willowbend Blvd., Suite 575
Houston, TX 77054

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
|---|---|---|---|---|
| | Name | | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.00 |
|---|---|---|---|

**Pyrotex Systems, Inc.**
P.O. Box 1639
Alvin, TX 77512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.84 |
|---|---|---|---|

**Quality Fasteners, Inc.**
15023 Willis Street
Houston, TX 77032-2723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**R & M Service., Inc.**
918 W. Donovan
Houston, TX 77091

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,979.52 |
|---|---|---|---|

**Ram Tool & Supply, Inc.**
P.O. Box 743487
Atlanta, GA 30374-3487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381,653.24 |
|---|---|---|---|

**Raven Mechanical, LP**
c/o Lisa M. Norman
1885 St. James Place, 15th Floor
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,055.00 |
|---|---|---|---|

**Remedy Roofing, Inc.**
21925 Franz Road, Suite 402
Katy, TX 77449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,680.00 |
|---|---|---|---|

**Renfrow Metalsmiths**
923 Wakefield Drive
Houston, TX 77018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Fretz Construction Company**
_____ Name

Case number (if known) __17-33832__

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rob Pelletier Construction, Inc.**
12402 Eastex Freeway
Houston, TX 77039

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rosslyn Building Systems, Inc.**
10803 Donna
Houston, TX 77041

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ryder Insulation, Inc.**
5810 N. Houston Rosslyn Road
Houston, TX 77091

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,951.00 |

**Sani-Weld, Inc.**
1614 Isom
Houston, TX 77039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,801.00 |

**Santiago Iron Works, Inc.**
2237 Wisconsin Street
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,918.94 |

**Scaffold Solutions, Inc.**
P.O. Box 590733
Houston, TX 77259-0733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Schindler Elevator Corp.**
2105 Silber Road, Suite 100
Houston, TX 77055

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __**Fretz Construction Company**_____     Case number (if known) ___17-33832_____
         Name

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.74 |

**Sherwin-Williams**
**2821 Gulf Freeway**
**Houston, TX 77003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Southeast Texas Mobility**
**580 T.C. Jester**
**Houston, TX 77007**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Southern Tile & Terrazzo, Inc.**
**6829 Lindberg**
**Houston, TX 77087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Stainless Steel Custom Fabricators, Inc.**
**P.O. Box 450132**
**Houston, TX 77245-0132**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**State Comptroller of Public Accounts**
**Revenue Accounting Div - Bankruptcy Sec**
**P.O. Box 13528**
**Austin, TX 78711-3528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,150.00 |

**Steelco, Inc.**
**11210 Steeplecrest Drive, Suite 260**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,947.00 |

**Steven R. Hill Const. Co., Inc.**
**8534 Rayson Road**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fretz Construction Company**                         Case number (if known)   17-33832

Name

| | | |
|---|---|---|
| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$406.40** |

3.146   Nonpriority creditor's name and mailing address

**Sun Coast Resources, Inc.**
P.O. Box 202603
**Dallas, TX 75320**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$406.40**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

3.147   Nonpriority creditor's name and mailing address

**Sunbelt Rentals**
P.O. Box 409211
**Atlanta, GA 30384-9211**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,400.61**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

3.148   Nonpriority creditor's name and mailing address

**Sunset Glass Tinting**
3760 Greenbriar Drive
**Stafford, TX 77477**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,944.40**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

3.149   Nonpriority creditor's name and mailing address

**Superior Automatic Fire System**
94 White Road
**Houston, TX 77047**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

3.150   Nonpriority creditor's name and mailing address

**T.A. Construction Services LLC**
21912 Mueschke Road, Building A
**Tomball, TX 77377**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

3.151   Nonpriority creditor's name and mailing address

**T.A.S. Commercial Concrete Construction,**
19319 Oil Cente Blvd.
**Houston, TX 77073**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$237,833.75**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

3.152   Nonpriority creditor's name and mailing address

**T.W. Robinson, Inc.**
16757 Squyres Rd., Suite 100
**Spring, TX 77379**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,948.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TDC Waterproofing and Restoration, LLC**
4417 Campbell Rd.
Houston, TX 77041

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor w/ Note

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,643.00 |
|---|---|---|---|

**Texas Mutual Insurance Company**
P.O. Box 841843
Dallas, TX 75284-1843

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,124.00 |
|---|---|---|---|

**Texas Outhouse, Inc.**
P.O. Box 4509-1
Houston, TX 77210-4509

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,745.75 |
|---|---|---|---|

**Thomas Printworks**
P.O. Box 740967
Dallas, TX 75374-0967

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,981.00 |
|---|---|---|---|

**TLS Trucking & Contracting, Inc.**
20910 Hunters Creek Way
Hockley, TX 77447

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods & Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TNTMC**
P.O. Box 55544
Houston, TX 77255

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tobin & Rooney, Inc.**
c/o Lisa M. Norman
1885 St. James Place, 15th Floor
Houston, TX 77057

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Fretz Construction Company** | Case number (if known) | 17-33832 |
|---|---|---|---|
| | Name | | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563.29 |
|---|---|---|---|

**Triple-S Steel Supply Company**
P.O. Box 21119
Houston, TX 77226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,201.00 |
|---|---|---|---|

**Underwood Sheetmetal, Inc.**
P.O. Box 70768
Houston, TX 77270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaughn Construction Company**
10355 Westpark Dr.
Houston, TX 77042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vernon Masonry, Inc.**
P.O. Box 220
Burton, TX 77835-0020

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,381.06 |
|---|---|---|---|

**VR Special Services**
P.O. Box 12958
Houston, TX 77217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.99 |
|---|---|---|---|

**W & W Telephone Co., Inc.**
P.O. Box 576
Tomball, TX 77377-0576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Western Specialty Contractors of America**
8813 Fairbanks N. Houston Road
Houston, TX 77064

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Fretz Construction Company** | | Case number (if known) | 17-33832 |
|---|---|---|---|---|
| | Name | | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Williams Scottsman, Inc** | ☐ Contingent | |
| | **P.O. Box 91975** | ☑ Unliquidated | |
| | **Chicago, IL 60693-1975** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,352.00** |
|---|---|---|---|
| | **Winstead PC** | ☐ Contingent | |
| | **Attn: Accounts Receivables** | ☐ Unliquidated | |
| | **2728 N. Harwood Street** | ☐ Disputed | |
| | **Dallas, TX 75201** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods & Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,390.00** |
|---|---|---|---|
| | **Young & Sons Drywall, LP** | ☐ Contingent | |
| | **P.O. Box 550683** | ☐ Unliquidated | |
| | **Houston, TX 77255** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods & Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,072.98** |
|---|---|---|---|
| | **Ziegler Cooper Architects** | ☐ Contingent | |
| | **600 Travis, Suite 1200** | ☐ Unliquidated | |
| | **Houston, TX 77002** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods & Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,130,618.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,130,618.72 |