| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fretz Construction Company** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 17-33832 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Written Lease for Storage Warehouse and Yard** | |
| | State the term remaining | 0 | **Aquinas Companies**<br>**2002 Rothwell**<br>**Houston, TX 77029** |
| | List the contract number of any government contract | 0 | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of facade improvements at 902 Commerce, Houston, Texas** | |
| | State the term remaining | 2 months | **Architecture Center Houston Foundation**<br>**315 Capitol St., Suite 120**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Building repairs at First Colony Church of Christ** | |
| | State the term remaining | **Unknown** | **First Colony Church of Christ**<br>**2140 First Colony Blvd.**<br>**Sugar Land, TX 77479** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease for Several Offices at 8945 Longpoint Road, Houston, Texas. No term on lease.** | |
| | State the term remaining | 0 | **Forney Construction**<br>**8945 Long Point Rd., Suite 200**<br>**Houston, TX 77005** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Fretz Construction Company** | | Case number *(if known)* | **17-33832** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of new group homes at 820 Marston, Houston, Texas for the Lighthouse of Houston** | |
| | State the term remaining | **Complete** | **Lighthouse of Houston**<br>**3602 West Dallas**<br>**Houston, TX 77019** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Alleged claim aring under 2 constructon contracts which have been terminated or expired.** | |
| | State the term remaining | **0** | **Linbeck Group, LLC**<br>**3900 Essex Lane, Ste 1200**<br>**Houston, TX 77027** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of Char Dham Hindu Temple, The Woodlands, Texas** | |
| | State the term remaining | **2 months** | **Skai Foundation**<br>**6 Glenshen Way**<br>**Spring, TX 77382** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Renovations to the 110/114 Main buildings Houston, Texas** | |
| | State the term remaining | **2 months** | **Zimmerman Interests, Inc.**<br>**3410 Montrose Blvd.**<br>**Houston, TX 77006** |
| | List the contract number of any government contract | | |