**Fill in this information to identify the case:**

Debtor name   **Fretz Construction Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Case number (if known)   **17-33832**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Written Lease for Storage Warehouse and Yard** | |
| | State the term remaining | 0 | **Aquinas Companies** |
| | List the contract number of any government contract | 0 | **2002 Rothwell** <br> **Houston, TX 77029** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of facade improvements at 902 Commerce, Houston, Texas** | |
| | State the term remaining | **2 months** | **Architecture Center Houston Foundation** |
| | List the contract number of any government contract | | **315 Capitol St., Suite 120** <br> **Houston, TX 77002** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Building repairs at First Colony Church of Christ** | |
| | State the term remaining | **Unknown** | **First Colony Church of Christ** |
| | List the contract number of any government contract | | **2140 First Colony Blvd.** <br> **Sugar Land, TX 77479** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Oral Lease for Several Offices at 8945 Longpoint Road, Houston, Texas. No term on lease.** | |
| | State the term remaining | 0 | **Forney Construction** |
| | List the contract number of any government contract | | **8945 Long Point Rd., Suite 200** <br> **Houston, TX 77005** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Fretz Construction Company**                                    Case number (*if known*)    **17-33832**
        First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of new group homes at 820 Marston, Houston, Texas for the Lighthouse of Houston Complete** | |
| | State the term remaining | | **Lighthouse of Houston 3602 West Dallas Houston, TX 77019** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Alleged claim aring under 2 constructon contracts which have been terminated or expired.** | |
| | State the term remaining | **0** | **Linbeck Group, LLC 3900 Essex Lane, Ste 1200 Houston, TX 77027** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of Char Dham Hindu Temple, The Woodlands, Texas** | |
| | State the term remaining | **2 months** | **Skai Foundation 6 Glenshen Way Spring, TX 77382** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Renovations to the 110/114 Main buildings Houston, Texas** | |
| | State the term remaining | **2 months** | **Zimmerman Interests, Inc. 3410 Montrose Blvd. Houston, TX 77006** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy