| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fretz Construction Company** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 17-33832 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ 1,451,023.12

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ 1,451,023.12

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 2,130,618.72

4. **Total liabilities** ...................................................................................................................................... $ 2,130,618.72
   Lines 2 + 3a + 3b

---

Official Form 206Sum            **Summary of Assets and Liabilities for Non-Individuals**            page 1
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy