**Fill in this information to identify the case:**

Debtor name    **Fretz Construction Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Case number (if known)   **17-33832**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$4,100,225.78** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached List** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fretz Construction Company** | Case number *(if known)* | **17-33832** |

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Robert R. Fretz, Jr.** | **15th and<br>30th of the<br>month** | **$265,174.72** | **Salary** |
| | **President and Majority Shareholder** | | | |
| 4.2. | **Robert R. Fretz, Jr.** | **1st of every<br>month** | **$14,400.00** | **Auto Allowance** |
| | **President and Majority Shareholder** | | | |
| 4.3. | **Robert R. Fretz, Jr** | **Various** | **$0.00** | **Reimbursement for Various<br>Miscellaneous Business<br>Expenses Incurred** |
| | **President and Majority Shareholder** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
   |---|---|---|---|

---

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Vernon Masonry, Inc. vs Fretz<br>Construction Company<br>1079998** | **Contract -<br>Commercial/<br>Consumer/ Debt** | **Harris CCL 2** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **Raven Mechanical LP vs Fretz<br>Construction<br>201742068-7** | **Debt/Contract** | **District Court Harris County<br>201 Caroline<br>Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | **Chamberlin Houston LLC vs<br>Fretz Construction Company<br>201577301-7** | **Debt/Contract** | **190th District Court Harris<br>County<br>201 Caroline (Floor:12)<br>Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Fretz Construction Company**                                        Case number *(if known)*   **17-33832**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | 602 West Alabama LP vs. Fretz Construction Company 201522269-7 | Fraud | 80th District Court Harris County 201 Caroline (Floor: 9) Houston, TX 77002 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | Anne Whitlock and Michael Skelly vs Fretz Construction Company 201515516-7 | Sworn Account | 80th District Court Harris County 201 Caroline (Floor: 9) Houston, TX 77002 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. | Brandt Electrical Services Inc. vs Fretz Construction Company 201452924 | Breach of Contract | 281st District Court Harris County 201 Caroline (Floor: 14) Houston, TX 77002 | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    __Fretz Construction Company__                              Case number (if known)  __17-33832__

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | Robert Fretz, Jr., Pesident of the Debtor and on behalf of the Debtor, paid approx. $510.00 on 3/1/2016, $127.50 on 3/1/16; $1487.50 on or about 12/5/16; and $475.00 on 6/5/2017; and the Debtor paid $20,335.00 on or about 6/15/2017 as an on account balance/reta iner and filing fee reimbursem ent. | |
| | Rosenthal Law Firm, P.L.L.C. 675 Bering Suite 150 Houston, TX 77057 | | | $20,335.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Fretz Construction Company**                          Case number *(if known)*  **17-33832**

☐ Does not apply

|  | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **500 Fannin , Suite 200**<br>**Houston, TX 77002** | **08/19/2014 08/31/2016** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

      ■ No Go to Part 10.
      ☐ Yes. Fill in below:
      Name of plan
      **401k Plan issued by Associated General Contractors through**
      **Transamerica**

      Employer identification number of the plan
      EIN:

      Has the plan been terminated?
      ■ No
      ☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fretz Construction Company**                              Case number *(if known)*  **17-33832**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Aquinas Companies LLC<br>2002 Rothwell<br>Houston, TX 77020** | **Robert R. Fretz - 919 Prairie St., No. 3C, Houston, TX 77002<br>Ronald Slavin - 108 Denton, Seabrook, TX 77586<br>Lenard Bass - 6311 Allentown Dr., Spring, TX 77389<br>Nicolas Capula - 10418 Bassoon, Houston, TX 77025<br>Michael Devora - 9538 Jaci Hills Ln., Cypress, TX 77433<br>Ivan J. Gutierrez - 20171 Newmint Ct., Katy, TX 77449** | **Tools, Equipment, Storage Vaults, Record Documents.** | ☐ No<br>■ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alan T. Henrichson<br>919 Prairie St., No. 3C<br>Houston, TX 77002** | **2002 Rothwell<br>Houston, TX 77020** | **One Antique Refrigerator** | **Unknown** |
| **Margery Fretz<br>5050 Yarwell<br>Houston, TX 77002** | **2002 Rothwell<br>Houston, TX 77020** | **Miscellaneous Furniture** | **Unknown** |
| **Ray Leiker<br>1236 Archley Dr.<br>Houston, TX 77055** | **2002 Rothwell<br>Houston, TX 77020** | **Structural Wood Decking** | **Unknown** |

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fretz Construction Company**                              Case number (if known)  **17-33832**

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Millie M. Scott**<br>**1818 W. Main St.**<br>**Houston, TX 77098** | **2004-06/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Official Form 207                           Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                           page 7

Debtor   **Fretz Construction Company**                                    Case number *(if known)*   17-33832

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Melton & Melton, L.L.P.**<br>**6002 Rogerdale, Suite 200**<br>**Houston, TX 77072** | **2007 - 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Robert R. Fretz, Jr.**<br>**919 Prairie St., No. 3C**<br>**Houston, TX 77002** | **Some records at 8945 Long Point, Houston, TX and project files are located at 2002 Rothwell, Houston, TX. Additional records located at Life Storage 8726 Long Point Rd, Houston, TX, in a storage facility rented by Robert Fretz, Jr. All records are available.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert R. Fretz, Jr. | 8945 Longpoint<br>Houston, TX 77055 | **President and Director** | **60% common stock** |
| **Bernadette Fretz Reese** | 2118 Westgate<br>Houston, TX 77019 | **Director and Secretary** | **40% common stock** |
| Margery M. Fretz | 5050 Yarwell<br>Houston, TX 77002 | **Board Member** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Debtor    **Fretz Construction Company**                                    Case number *(if known)*  **17-33832**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert R. Fretz, Jr**<br>**919 Prairie, No 3C**<br>**Houston, TX 77002** | **See Response to Question 4** | | See Response to Question 4. No dividends were paid. |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **401k Plan issued by Associated General Contractors through Transamerica** | EIN: |

| **Part 14:** | **Signature and Declaration** |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2017**

_____        **Robert R. Fretz, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# Attachment 3.1

**FRETZ CONSTRUCTION COMPANY  AP CHECK REGISTER  as of 06-16-2017**

| Check | Date | Payee | | Gross Amount Paid |
|---|---|---|---|---|
| 148991 | 3/21/2017 | Action Trucking Company | | 1,764.48 |
| 149084 | 4/12/2017 | Action Trucking Company | | 365.00 |
| 149198 | 5/30/2017 | Action Trucking Company | | 1,520.00 |
| | | | Check Totals | 3649.48 |
| | | | | |
| 149085 | 4/12/2017 | Acton Mobl Indstrs, LLC | | 367.08 |
| 149199 | 5/30/2017 | Acton Mobl Indstrs, LLC | | 456.10 |
| 148978 | 3/16/2017 | Acton Mobl Indstrs, LLC | | 447.44 |
| | | | Check Totals | 1270.62 |
| | | | | |
| **149032** | **04-05.17** | **AFA Sytems, Inc.** | | **6,543.74\*** |
| | | | | |
| 149062 | 04.06-17 | Alejandro A. Triana | | 500.00 |
| 149148 | 05-04.17 | Alejandro A. Triana | | 500.00 |
| 149243 | 6/1/2017 | Alejandro A. Triana | | 500.00 |
| | | | Check Totals | 1500.00 |
| | | | | |
| **148987** | **3/16/2017** | **Aluminum Techniqs, Inc.** | | **12,725.46** |
| | | | | |
| 149105 | 04.20-17 | Always In Season, Inc. | | 1,037.08 |
| | | | | |
| **149156** | **5/12/2017** | **American Door Products** | | **2,152.00** |
| **149161** | **5/12/2017** | **American Door Products** | | **6,486.00** |
| | | | **Check Totals** | **8,638.00** |
| | | | | |
| **149216** | **5/31/2017** | **American Drllng & Sawng** | **Check Totals** | **13,060.00** |
| | | | | |
| 148979 | 3/16/2017 | American Fence Company | | 122.76 |

| | | | | |
|---|---|---|---|---|
| **149092** | **04.12-17** | **Anne Whitlock and Michael Skelly** | | **5,000.00** |
| **149192** | **5/23/2017** | **Anne Whitlock and Michael Skelly** | | **5,000.00** |
| **148977** | **3/16/2017** | **Anne Whitlock and  Michael Skelly** | | **5,000.00** |
| | | **Anne Whitlock and  Michael Skelly** | **Check Totals** | **15,000.00** |
| | | | | |
| **149015** | **3/29/2017** | **Aquinas Companies, LLC** | | **310.00** |
| **149047** | **4/5/2017** | **Aquinas Companies, LLC** | | **4,000.00** |
| **149133** | **05.03-17** | **Aquinas Companies, LLC** | | **4,000.00** |
| **149226** | **6/1/2017** | **Aquinas Companies, LLC** | | **4,000.00** |
| | | | **Check Totals** | **12,310.00** |
| | | | | |
| 149093 | 4/12/2017 | Architectrl Fbrc Systms | | 544.80 |
| | | | | |
| 149200 | 05-30-17 ) | AT & T (5019 | | 865.17 |
| 149033 | 4/5/2017 | AT & T (5019 | | 864.25 |
| 149176 | 5/16/2017 | AT & T (5019 | | 865.17 |
| | | | **Check Totals** | 2594.59 |
| | | | | |
| **149197** | **05.30-17** | **AT & T Mobility** | | **4,768.55** |
| **149035** | **4/5/2017** | **AT & T Mobility** | | **2,036.79** |
| **149254** | **6/15/2017** | **AT & T Mobility** | | **2,384.06** |
| | | | **Check Totals** | **9,189.40** |
| | | | | |
| 149034 | 04-05.17 | AT&T Teleconfernc Srvcs | | 39.26 |
| 149106 | 04.20-17 | AT&T Teleconfernc Srvcs | | 25.41 |
| | | | | 64.67 |
| | | | | |
| 149069 | 04.12-17 | Big Tex Welding Supply | | 86.00 |
| | | Big Tex Welding Supply | | 153.79 |
| | | Big Tex Welding Supply | Check Totals | 239.79 |
| | | | | |
| 149014 | 03.29-17 | Blders Gypsm Supply LLP | Check Totals | 51.43 |
| | | | | |
| **149021** | **3/30/2017** | **BRANDT ELECTRICAL SERVI** | | **2,500.00** |
| **149119** | **4/27/2017** | **BRANDT ELECTRICAL SERVI** | | **2,500.00** |

| 149220 | 5/31/2017 | **BRANDT ELECTRICAL SERVI** | | **2,500.00** |
| | | **BRANDT ELECTRICAL SERVI** | Check Totals | **7,500.00** |
| | | | | |
| 149103 | 04.19-17 | **CHAMBERLIN HOUSTON,** | | **5,000.00** |
| 149188 | 05.23-17 | **CHAMBERLIN HOUSTON,** | | **5,000.00** |
| 148975 | 03.16-17 | **CHAMBERLIN HOUSTON, LLC** | | **5,000.00** |
| | | **CHAMBERLIN HOUSTON, LLC** | Check Totals | **15,000.00** |
| | | | | |
| 148980 | 3/16/2017 | **Champion Rentals, Inc.** | | **6,909.27** |
| 149022 | 3/30/2017 | **Champion Rentals, Inc.** | | **1,635.58** |
| 149066 | 4/12/2017 | **Champion Rentals, Inc.** | | **826.12** |
| 149086 | 4/12/2017 | **Champion Rentals, Inc.** | | **7,145.87** |
| 149120 | 4/27/2017 | **Champion Rentals, Inc.** | | **1,000.00** |
| 149221 | 5/31/2017 | **Champion Rentals, Inc.** | | **1,000.00** |
| | | **Champion Rentals, Inc.** | Check Totals | **18,516.84** |
| | | | | |
| 148981 | 3/16/2017 | Circle Saw Bldrs Supply | | 108.71 |
| 149008 | 03.28-17 | Circle Saw Bldrs Supply | | 56.05 |
| | | | Check Totals | 164.76 |
| | | | | |
| 149180 | 5/18/2017 | **City of Tomball** | | **2,864.00** |
| 149210 | 05.31-17 | **City of Tomball** | | **1,000.00** |
| 149244 | 06.02-17 | **City of Tomball** | | **5,628.00** |
| | | | Check Totals | **9,492.00** |
| 149087 | 4/12/2017 | Construction Ecoservics | | 450.00 |
| | | | | |
| 149026 | 3/31/2017 | Contessa Olibamoyo | | 2,000.00 |
| | | | | |
| 149000 | 3/27/2017 | Cristo Rey Jesuit | | 2,499.00 |
| | | | | |
| 149201 | 5/30/2017 | Cstl Suppls & Svc', Crp | | 580.00 |
| | | | | |
| 149036 | 04-05.17 | ESC Consultants, Inc. | | 2,000.00 |
| 149202 | 5/30/2017 | ESC Consultants, Inc. | | 750.00 |
| | | | Check Totals | 2,750.00 |

| | | | | |
|---|---|---|---|---|
| **149227** | **6/1/2017** | **Forney Constructn, LLC** | | **2,785.00** |
| **149046** | **04-05.17** | **Forney Constructn, LLC** | | **2,785.00** |
| **149132** | **5/3/2017** | **Forney Constructn, LLC** | | **2,785.00** |
| | | | **Check Totals** | **8,355.00** |
| 149152 | 05.08-17 | FRAME-IT/DEER PARK ENGR | | 30.00 |
| 148982 | 3/16/2017 | Gainsborough Waste | | 1,028.41 |
| 149175 | 5/15/2017 | Gainsborough Waste | | 3,794.49 |
| | | | Check Totals | 4822.90 |
| 149178 | 05-17.17 | Geoshack | | 132.61 |
| 148996 | 3/23/2017 | Global Waste Srvcs, LLC | | 143.50 |
| 149070 | 04.12-17 | Global Waste Srvcs, LLC | | 138.50 |
| 149203 | 5/30/2017 | Global Waste Srvcs, LLC | | 138.50 |
| 149001 | 03-27.17 | Global Waste Srvcs, LLC | | 143.50 |
| | | | Check Totals | 564.00 |
| **148968** | **03-15.17** | **Graves Mechanical** | | **9,000.00** |
| **149075** | **4/12/2017** | **Graves Mechanical** | | **79,800.00** |
| **149094** | **04-12.17** | **Graves Mechanical** | | **14,470.00** |
| | | | **Check Totals** | **103,270.00** |
| 149079 | 04.12-17 | Gulf Storage Prtnrs, LP | | 725.21 |
| 149204 | 05-30.17 | Gulf Storage Prtnrs, LP | | 276.49 |
| | | | Check Totals | 1001.7 |
| 149023 | 3/30/2017 | Henderson Fabrctn, Inc. | | 500.00 |
| 149121 | 4/27/2017 | Henderson Fabrctn, Inc. | | 500.00 |
| 149219 | 5/31/2017 | Henderson Fabrctn, Inc. | | 516.00 |
| | | | Check Totals | 1516.00 |

| | | | | |
|---|---|---|---|---|
| **149013** | **03.28-17** | **HG Fire Systems, LP** | | **7,650.00** |
| **149095** | **4/12/2017** | **HG Fire Systems, LP** | | **2,147.00** |
| **149157** | **5/12/2017** | **HG Fire Systems, LP** | | **7,866.00** |
| | | | Check Totals | 17,663.00 |
| 149247 | 06.08-17 | Hiddn Vally Wrckr, Inc. | | 900.00 |
| **149016** | **03-29.17** | **High Quality Structural** | | **14,355.00** |
| **149153** | **5/10/2017** | **High Quality Structural** | | **5,220.00** |
| | | | Check Totals | 19,575.00 |
| 149080 | 4/12/2017 | Hilti, Inc. - TX | Check Totals | 1,548.79 |
| **149043** | **4/5/2017** | **Home Depot** | | **5,563.41** |
| **149213** | **5/31/2017** | **Home Depot** | | **3,070.67** |
| | | | Check Totals | 8,634.08 |
| 149107 | 4/20/2017 | Industrl Fir Eqpmnt Co. | | 74.25 |
| 149100 | 4/13/2017 | Iron Access | | 5,568.90 |
| **149065** | **4/11/2017** | **Iron Works Doors** | **Check Totals** | **43,746.88** |
| 149051 | 4/6/2017 | Isidro Cruz | | 500.00 |
| 149137 | 05.04-17 | Isidro Cruz | | 500.00 |
| 149232 | 06-01.17 | Isidro Cruz | | 500.00 |
| | | | Check Totals | 1500.00 |
| 149141 | 5/4/2017 | Ivan J. Gutierrez | | 500.00 |
| 149055 | 04-06.17 | Ivan J. Gutierrez | | 500.00 |
| 149235 | 6/1/2017 | Ivan J. Gutierrez | | 500.00 |
| | | | Check Totals | 1500.00 |

| | | | | |
|---|---|---|---|---|
| **149019** | **03-30.17 J** | **James C. Brown** | | **5,046.29** |
| **149049** | **4/6/2017** | **James C. Brown** | | **1,200.00** |
| **149135** | **5/4/2017** | **James C. Brown** | | **1,200.00** |
| **149151** | **05.08-17** | **James C. Brown** | | **1,915.97** |
| **149229** | **06-01.17** | **James C. Brown** | | **1,200.00** |
| | | | **Check Totals** | **10,562.26** |
| | | | | |
| 149059 | 4/6/2017 | James E. Sandlin, III | | 1,200.00 |
| 149145 | 5/4/2017 | James E. Sandlin, III | | 1,200.00 |
| 149239 | 6/1/2017 | James E. Sandlin, III | | 1,200.00 |
| | | | Check Totals | 3,600.00 |
| | | | | |
| 149057 | 04.06-17 | Jesus Moreno, Jr. | | 500.00 |
| 149143 | 05.04-17 | Jesus Moreno, Jr. | | 500.00 |
| 149237 | 06.01-17 | Jesus Moreno, Jr. | | 500.00 |
| | | | Check Totals | 1500.00 |
| | | | | |
| 149058 | 4/6/2017 | John P. Reese | | 500.00 |
| 149144 | 05.04-17 | John P. Reese | | 500.00 |
| 149238 | 6/1/2017 | John P. Reese | | 500.00 |
| | | | Check Totals | 1500.00 |
| | | | | |
| 149030 | 4/5/2017 | Johnnie W. Krezinski | | 422.57 |
| 149056 | 4/6/2017 | Johnnie W. Krezinski | | 1,200.00 |
| 149142 | 5/4/2017 | Johnnie W. Krezinski | | 1,200.00 |
| 149149 | 05-04.17 | Johnnie W. Krezinski | | 199.67 |
| 149225 | 06.01-17 | Johnnie W. Krezinski | | 214.27 |
| 149236 | 6/1/2017 | Johnnie W. Krezinski | | 1,200.00 |
| | | | Check Totals | 4,436.51 |
| | | | | |
| 149054 | 04-06.17 | Juan S. Gonzalez | | 1,200.00 |
| 149124 | 4/27/2017 | Juan S. Gonzalez | | 69.99 |

| | | | | | |
|---|---|---|---|---|---|
| 149140 | 5/4/2017 | Juan S. Gonzalez | | | 1,200.00 |
| | | | | Check Totals | 2,469.99 |
| | | | | | |
| **148969** | **03.15-17** | **Lakey Electric Co.** | | | **8,100.00** |
| **148973** | **3/15/2017** | **Lakey Electric Co.** | | | **25,101.00** |
| **149076** | **04.12-17** | **Lakey Electric Co.** | | | **6,100.00** |
| **149104** | **4/20/2017** | **Lakey Electric Co.** | | | **730.96** |
| **149108** | **04.20-17** | **Lakey Electric Co.** | | | **1,109.56** |
| **149114** | **4/26/2017** | **Lakey Electric Co.** | | | **800.00** |
| **149158** | **05.12-17** | **Lakey Electric Co.** | | | **8,850.60** |
| **149171** | **5/12/2017** | **Lakey Electric Co.** | | | **32,989.00** |
| | | | | **Check Totals** | **83,781.12** |
| | | | | | |
| 149048 | 4/6/2017 | Lenard W. Bass, Sr. | | | 1,200.00 |
| 149134 | 05.04-17 | Lenard W. Bass, Sr. | | | 1,200.00 |
| 149228 | 6/1/2017 | Lenard W. Bass, Sr. | | | 1,200.00 |
| | | | | Check Totals | 3,600.00 |
| | | | | | |
| 149007 | 3/28/2017 | Leon's Concrete | | | 5,700.00 |
| | | | | | |
| **149115** | **04-26.17** | **Livngstn Cnstrctn Svc's** | | | **1,250.00** |
| **149165** | **05.12-17** | **Livngstn Cnstrctn Svc's** | | | **2,200.00** |
| **149010** | **03.28-17** | **Livngstn Cnstrctn Svc's  011706** | | | **4,200.00** |
| | | | | **Check Totals** | **7,650.00** |
| | | | | | |
| 149090 | 4/12/2017 | LMS, INC. | | | 1,500.00 |
| 149189 | 05.23-17 | LMS, INC. | | | 1,500.00 |
| 148974 | 3/16/2017 | LMS, INC. | | | 1,500.00 |
| | | | | Check Totals | 4,500.00 |
| | | | | | |
| 149037 | 4/5/2017 | Lncln Natnl Lif In. Co. | | | 935.23 |
| 149185 | 05.22-17 | Lncln Natnl Lif In. Co. | | | 1,073.33 |
| 149255 | 6/15/2017 | Lncln Natnl Lif In. Co. | | | 1,073.33 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Check Totals | 3,081.89 |
| 149128 | 5/2/2017 | Lone Star Overnight |  | 21.00 |
| **149006** | **03.28-17** | **Lowery Masonry, LLC** |  | **120,650.00** |
| **149077** | **4/12/2017** | **Lowery Masonry, LLC** |  | **14,073.00** |
| **149159** | **5/12/2017** | **Lowery Masonry, LLC** |  | **3,084.00** |
| **149166** | **5/12/2017** | **Lowery Masonry, LLC** |  | **35,563.50** |
| **149172** | **05.12-17** | **Lowery Masonry, LLC** |  | **9,094.50** |
|  |  |  | **Check Totals** | **182,465.00** |
| 149045 | 04.05-17 | Low's Commrcl Sv'. 4847 |  | 2,571.54 |
| 149215 | 5/31/2017 | Low's Commrcl Sv'. 4847 |  | 3,222.83 |
|  |  | Low's Commrcl Sv'. 4847 | Check Totals | 5,794.37 |
| 149109 | 4/20/2017 | Meyrind Glss & Mirr Co. |  | 1,120.00 |
| 149052 | 4/6/2017 | Michael C. Devora |  | 1,200.00 |
| 149138 | 05.04-17 | Michael C. Devora |  | 1,200.00 |
| 149233 | 06.01-17 | Michael C. Devora |  | 1,200.00 |
|  |  |  | Check Totals | 3,600.00 |
| 149060 | 4/6/2017 | Mildred M. Scott |  | **2,700.00** |
| 149146 | 5/4/2017 | Mildred M. Scott |  | **2,700.00** |
| 149240 | 06.01-17 | Mildred M. Scott |  | **2,700.00** |
|  |  |  | **Check Totals** | **8,100.00** |
| 148983 | 3/16/2017 | Montalbano Lumber |  | 659.81 |
| 149011 | 3/28/2017 | Montalbano Lumber |  | 257.18 |
| 149067 | 4/12/2017 | Montalbano Lumber |  | 413.1 |
| 149081 | 04.12-17 | Montalbano Lumber |  | 1,043.05 |
| 149167 | 5/12/2017 | Montalbano Lumber |  | 66.88 |
| 149205 | 5/30/2017 | Montalbano Lumber |  | 499.50 |

|  |  |  |  | Check Totals | 2939.52 |
|---|---|---|---|---|---|
| 149162 | 05-12.17 | Myrex Industries |  |  | 1,661.00 |
| 149206 | 05.30-17 | Naegeli Transportation |  |  | 390.00 |
| 149027 | 4/3/2017 | National Cnstrctn Rntls |  |  | 1,636.74 |
| 149088 | 04.12-17 | National Cnstrctn Rntls |  |  | 454.65 |
| 149110 | 4/20/2017 | National Cnstrctn Rntls |  |  | 319.04 |
|  |  |  |  | Check Totals | 2410.43 |
| 149101 | 04.18-17 | National MS Society |  |  | 400.00 |
| 149102 | 04.18-17 | National MS Society |  |  | 400.00 |
|  |  |  |  | Check Totals | 800.00 |
| 149050 | 4/6/2017 | Nicolas Capula |  |  | 1,200.00 |
| 149136 | 5/4/2017 | Nicolas Capula |  |  | 1,200.00 |
| 149154 | 05-11.17 | Nicolas Capula |  |  | 229.50 |
| 149231 | 6/1/2017 | Nicolas Capula |  |  | 1,200.00 |
|  |  |  |  | Check Totals | 3,829.50 |
| **149181** | **5/19/2017** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149245** | **6/2/2017** | **Office the Attrny Genrl** |  |  | **165.00** |
| **148989** | **3/17/2017** | **Office the Attrny Genrl** |  |  | **165.00** |
| **148999** | **03.24-17** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149025** | **03.31-17** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149064** | **4/7/2017** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149098** | **04-13.17** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149112** | **4/21/2017** | **Office the Attrny Genrl** |  |  | **165** |
| **149125** | **4/28/2017** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149150** | **05-05.17** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149155** | **05-12.17** | **Office the Attrny Genrl** |  |  | **165.00** |
| **149195** | **05-26.17** | **Office the Attrny Genrl** |  |  | **165.00** |

| | | | | |
|---|---|---|---|---|
| **149248** | **6/8/2017** | **Office the Attrny Genrl** | | **165.00** |
| **149249** | **06.08-17** | **Office the Attrny Genrl** | | **42,410.70** |
| **149253** | **6/15/2017** | **Office the Attrny Genrl** | | **495.00** |
| | | | **Check Totals** | **45,050.70** |
| | | | | |
| **148970** | **3/15/2017** | **Peak Roofing, Inc.** | | **62,502.30** |
| **149099** | **4/13/2017** | **Peak Roofing, Inc.** | | **19,953.00** |
| **149163** | **05-12.17** | **Peak Roofing, Inc.** | | **6,213.00** |
| **149173** | **05.12-17** | **Peak Roofing, Inc.** | | **6,576.50** |
| **149194** | **5/23/2017** | **Peak Roofing, Inc.** | | **11,106.90** |
| | | | **Check Totals** | **106,351.70** |
| | | | | |
| **149028** | **04-05.17** | **Petty Cash** | | **857.46** |
| **149029** | **4/5/2017** | **Petty Cash** | | **456.54** |
| **149130** | **05.02-17** | **Petty Cash** | | **1,117.54** |
| **149131** | **5/2/2017** | **Petty Cash** | | **1,354.17** |
| **149182** | **05-19.17** | **Petty Cash** | | **3,584.45** |
| **149183** | **05.19-17** | **Petty Cash** | | **891.46** |
| **148992** | **03-21.17** | **Petty Cash** | | **883.98** |
| **148993** | **03-21.17** | **Petty Cash** | | **779.20** |
| | | | **Check Totals** | **9,924.80** |
| | | | | |
| 149071 | 4/12/2017 | Quality Fasteners, Inc. | | 219.45 |
| | | | | |
| 149082 | 4/12/2017 | Ram Tool & Supply, Inc. | | 215.43 |
| 149089 | 4/12/2017 | Ram Tool & Supply, Inc. | | 536.76 |
| | | | Check Totals | 752.19 |
| | | | | |
| 148988 | 3/17/2017 | Raul Ramirez | | 1,500.00 |
| | | | | |
| **149024** | **3/30/2017** | **Raven Mechanical, LP** | | **1,500.00** |
| **149122** | **4/27/2017** | **Raven Mechanical, LP** | | **1,500.00** |

| | | | | |
|---|---|---|---|---|
| **149222** | **5/31/2017** | **Raven Mechanical, LP** | | **1,500.00** |
| **148971** | **3/15/2017** | **Raven Mechanical, LP** | | **40,217.13** |
| **148984** | **3/16/2017** | **Raven Mechanical, LP** | | **649.38** |
| | | | **Check Totals** | **45,366.51** |
| | | | | |
| 149186 | 5/22/2017 | Reliant Energy | | 112.84 |
| 149111 | 4/20/2017 | Reliant Energy | | 112.13 |
| 148997 | 3/23/2017 | Reliant Energy | | 112.71 |
| | | | Check Totals | 337.68 |
| | | | | |
| **149160** | **5/12/2017** | **Rob Pelltr Cnstrctn,Inc** | | **16,695.00** |
| | | | | |
| **148990** | **3/17/2017** | **Robert R. Fretz, Jr.** | | **3,500.00** |
| **149053** | **4/6/2017** | **Robert R. Fretz, Jr.** | | **1,200.00** |
| **149126** | **5/2/2017** | **Robert R. Fretz, Jr.** | | **1,327.96** |
| **149139** | **05-04.17** | **Robert R. Fretz, Jr.** | | **1,200.00** |
| **149174** | **5/15/2017** | **Robert R. Fretz, Jr.** | | **1,500.00** |
| **149196** | **5/30/2017** | **Robert R. Fretz, Jr.** | | **1,420.59** |
| **149234** | **06-01.17** | **Robert R. Fretz, Jr.** | | **1,200.00** |
| **149246** | **6/7/2017** | **Robert R. Fretz, Jr.** | | **1,110.00** |
| **149258** | **6/19/2017** | **Robert R. Fretz, Jr.** | | **1,200.00** |
| | | | **Check Totals** | **13,658.55** |
| | | | | |
| 149017 | 3/30/2017 | Ronald L. Slavin | | 219.63 |
| 149061 | 4/6/2017 | Ronald L. Slavin | | 1,200.00 |
| 149118 | 4/27/2017 | Ronald L. Slavin | | 219.63 |
| 149147 | 5/4/2017 | Ronald L. Slavin | | 1,200.00 |
| 149224 | 6/1/2017 | Ronald L. Slavin | | 219.63 |
| 149241 | 06.01-17 | Ronald L. Slavin | | 1,200.00 |
| | | | Check Totals | 4,258.89 |
| | | | | |
| 149005 | 03-27.17 | SAM'S CLUB | | 225.00 |

| | | | | |
|---|---|---|---|---|
| **149012** | **03.28-17** | **Scaffold Solutns, Inc.** | | **12,696.18** |
| 149002 | 03.27-17 | Sherwin-Williams | | 50.08* |
| 149003 | 3/27/2017 | Sonlife Corporation | | 88.75 |
| 149038 | 04-05.17 | Sonlife Corporation | | 177.25 |
| 149129 | 5/2/2017 | Sonlife Corporation | | 228.00 |
| 149250 | 06-13.17 | Sonlife Corporation | | 378.75 |
| | | | Check Totals | 872.75 |
| 149116 | 04.26-17 | SPRINT - IL | | 76.37 |
| 149187 | 5/22/2017 | SPRINT - IL | | 80.47 |
| 148998 | 3/23/2017 | SPRINT - IL | | 80.47 |
| | | | Check Totals | 237.31 |
| **149217** | **5/31/2017** | **Stainless Steel Custom** | | **24,737.40** |
| 149072 | 04-12.17 | Sun Coast Resrces, Inc. | **Check Totals** | **802.4** |
| 148976 | 3/16/2017 | TDC Waterproofing | | 1,000.00 |
| 149091 | 04.12-17 | TDC Waterproofing & | | 1,000.00 |
| 149190 | 5/23/2017 | TDC Waterproofing & | | 94.50 |
| 149191 | 05.23-17 | TDC Waterproofing & | | 905.50 |
| | | | Check Totals | 3000.00 |
| 149073 | 4/12/2017 | Tejas Office Products | | 1,062.79 |
| 149193 | 5/23/2017 | Tejas Office Products | | 356.62 |
| 149251 | 6/13/2017 | Tejas Office Products | | 2,103.73 |
| 149004 | 3/27/2017 | Tejas Office Products | | 256.09 |
| | | | Check Totals | 3779.23 |

| | | | | |
|---|---|---|---|---|
| 148994 | 3/22/2017 | Texas Commission on | | 325.00 |
| 149074 | 4/12/2017 | Texas Mutual Ins. Cmpny | | 2,014.00 |
| 149177 | 05-16.17 | Texas Mutual Ins. Cmpny | | 1,583.00 |
| | | | Check Totals | 3,597.00 |
| 148985 | 03.16-17 | Texas Outhouse, Inc. | | 548.26 |
| 149207 | 05.30-17 | Texas Outhouse, Inc. | | 1,096.52 |
| | | | Check Totals | 1644.78 |
| **149039** | **04.05-17** | **The Stevenson Group** | | **13,217.36** |
| **149184** | **5/22/2017** | **The Stevenson Group** | | **13,217.36** |
| **149257** | **06.15-17** | **The Stevenson Group** | | **13,217.36** |
| | | | **Check Totals** | **39,652.08** |
| 149040 | 4/5/2017 | Thomas Printworks | | 4,093.00 |
| 149096 | 4/12/2017 | Thompson + Hanson | | 4,290.95 |
| 149117 | 4/26/2017 | Tobin & Rooney, Inc. | | 1,505.00 |
| 149169 | 5/12/2017 | Tobin & Rooney, Inc. | | 657.23 |
| | | | Check Totals | 2,162.23 |
| **149113** | **4/25/2017** | **Trdtnl Desgns Texs, Ltd** | | **7,200.00** |
| **149218** | **5/31/2017** | **Trdtnl Desgns Texs, Ltd** | | **3,700.00** |
| **148995** | **03.23-17** | **Trdtnl Desgns Texs, Ltd** | | **7,200.00** |
| | | | **Check Totals** | **18,100.00** |
| 149230 | 6/1/2017 | Trevor A Brown | | 1,200.00 |
| 148986 | 3/16/2017 | Triple Seal Insltn, LLC | | 1,875.00 |
| 149083 | 4/12/2017 | Trpl-S St! Supply Cmpny | | 214.37 |

| | | | | |
|---|---|---|---|---|
| 149208 | 05-30.17 | Trpl-S Stl Supply Cmpny | | 1,070.92 |
| | | | Check Totals | 1,285.29 |
| | | | | |
| 149068 | 4/12/2017 | Underwood Shtmetl, Inc. | | 595.00 |
| 149097 | 04-12.17 | Underwood Shtmetl, Inc. | | 4,157.00 |
| | | | Check Totals | 4,752.00 |
| | | | | |
| 149020 | 3/30/2017 | Vaughn Construction | | 1,500.00 |
| 149123 | 4/27/2017 | Vaughn Construction | | 1,500.00 |
| 149223 | 5/31/2017 | Vaughn Construction | | 1,500.00 |
| | | | | 4,500.00 |
| | | | | |
| **149170** | **5/12/2017** | **Western Spclty Cntrctrs** | | **2,621.00** |
| **148972** | **03-15.17** | **Western Spclty Cntrctrs** | | **14,400.00** |
| | | | **Check Totals** | **17,021.00** |
| | | | | |
| 149179 | 05.17-17 | Williams Scottsmn, Inc. | | 2,802.26 |
| | | | | |
| 149018 | 3/30/2017 | Xerox Corporation | | 336.43 |
| 149209 | 05-30.17 | Xerox Corporation | | 486.57 |
| | | | | |
| **149063** | **4/6/2017** | **Young & Sons Drywll, LP** | | **107,910.50** |