

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/12/2017

| | | |
|---|---|---|
| In re: | § § | |
| FRETZ CONSTRUCTION COMPANY, | § § | Case No. 17-33832 |
| DEBTOR. | § § § | (Chapter 7) |

### ORDER AUTHORIZING TRUSTEE TO
### REJECT LEASE OF NONRESIDENTIAL REAL PROPERTY
(This Order relates to ECF No. [ 52 ].)

The Court, having considered the Trustee's *Emergency Motion for Order Authorizing Rejection of Debtor's Lease of Nonresidential Real Property* (the "Motion"),[1] any responses to the Motion, the statements of counsel, and the record in this case, and having held a hearing on the Motion, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, its equity holders, and other parties-in-interest; (d) proper and adequate notice of the Motion and hearing hereon has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested. Therefore, it is **ORDERED** that:

1. The Office Lease is rejected effective as of the date of this Order.

2. Forney Construction, LLC's rejection damages claim is $0.

3. The Court retains jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Dated: __Oct. 11__, 2017

_____
**UNITED STATES BANKRUPTCY JUDGE**