UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-33832 |
| | § | |
| **FRETZ CONSTRUCTION COMPANY,** | § | |
| | § | Chapter 7 Case |
| DEBTOR. | § | |
| | § | |

## NOTICE OF HEARING REGARDING EMERGENCY MOTION (A) TO COMPEL COMPLIANCE WITH LEASE PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE; (B) TO GRANT ADMINISTRATIVE CLAIMS TO LANDLORD; AND (C) FOR RELATED RELIEF

PLEASE TAKE NOTICE that the hearing on Aquinas Companies, LLC's Emergency Motion (a) to Compel Compliance with Lease Pursuant to Section 365 of the Bankruptcy Code; (b) to Grant Administrative Claims to Landlord; and (c) for Related Relief is **scheduled for Friday, November 17, 2017, at 4:30 p.m.**, before the Honorable Jeff Bohm, 515 Rusk Street, Courtroom 600, Houston, Texas 77002.

Respectfully submitted,

**FISHERBROYLES, LLP,**

By: /s/ H. Joseph Acosta
H. Joseph Acosta
State Bar No. 24006731
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, TX  75205
Tel: (214) 614-8939
Fax: (214) 614-8992
joseph.acosta@fisherbroyles.com

**ATTORNEYS FOR ACQUINAS COMPANIES, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 16th day of November 2017, a true and correct copy of the above and foregoing was Notice of Hearing was served upon all parties entitled to notice via the Court's electronic case filing system (ECF), including Trustee Rodney Tow and his counsel.

/s/ H. Joseph Acosta
H. Joseph Acosta