IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 17-33832 |
| | § | CHAPTER 7 |
| FRETZ CONSTRUCTION COMPANY | § | |
| Debtor. | § | JUDGE BOHM |
| | § | |

**MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER
APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S
ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND
ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable United States Bankruptcy Judge:**

Rodney D. Tow, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of the above captioned debtor ("Debtor"), requests the entry of an order approving the sale of certain assets of the Debtor's Estate to Oak Point Partners, LLC ("Oak Point") free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. §§ 105 and 363, and related relief ("Motion"). In support of the Motion, the Trustee respectfully states as follows:

**<u>Jurisdiction</u>**

1.    The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of this

proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are sections 105(a) and 363 of title 11 of the United States Code ("Bankruptcy Code"), as well as Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

**Background**

3. On June 20, 2017, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

4. On or about June 21, 2017, the Trustee was appointed as the chapter 7 trustee for the Debtor's Estate.

5. Since being appointed, the Trustee has administered the Debtor's Estate for the benefit of its creditors in accordance with the Trustee's power and duties. The Trustee is now in the process of winding down the administration of this case. To that end, the Trustee is engaged in efforts to ensure that the maximum value of the Estate's remaining assets is realized, which efforts include pursuing the sale of any remaining assets.

6. The Trustee has determined that there might exist property of the Debtor's Estate, consisting of known or unknown assets or claims, which have not been previously sold, assigned, or transferred (collectively, "Remnant Assets"). Potential unknown assets might include unscheduled refunds, overpayments, deposits, judgments, claims, or other payment rights that would accrue in the future. The Trustee has determined that the cost of pursuing the Remnant Assets will likely exceed the benefit that the Estate would possibly receive on account of the Remnant Assets.

7. Remnant Asset sales have become commonplace at the close of commercial bankruptcy cases because they allow for additional funds to be brought into the estate, while

simultaneously avoiding the expense and burdens associated with reopening cases for later-discovered assets. Such sales provide a prudent way to fully and finally administer all assets of the Debtor's estate.

8. The Trustee and Oak Point have negotiated an agreement ("Purchase Agreement") for the sale of the Remnant Assets, substantially in the form attached hereto as Exhibit A.

## Requested Relief

9. By this Motion, the Trustee seeks the entry of an order pursuant to 11 U.S.C. §§ 105 and 363(b), (f), and (m), as well as Bankruptcy Rule 6004, (a) authorizing the Trustee to sell the Remnant Assets free and clear of all liens, claims, interests, and encumbrances; and (b) approving the terms of the Purchase Agreement.

10. The Purchase Agreement generally provides for a purchase price of $5,000 ("Purchase Price") for all Remnant Assets to be paid by Oak Point to the Trustee for the benefit of the Debtor's Estate.

11. In accordance with the Purchase Agreement, the Remnant Assets do not include (i) cash held by the Trustee for distribution to creditors and professionals; (ii) any and all Goods[1] (e.g., office furniture) of the Debtor; and (iii) the Purchase Price for the Remnant Assets.

12. In the Trustee's business judgment, the Purchase Price represents a fair and reasonable sales price for the Remnant Assets, and represents the highest and best offer for the sale of the Remnant Assets. Additionally, the benefit of receiving immediate payment for the Remnant Assets, which are largely unknown, outweighs the potential benefit of retaining the Remnant Assets. Finally, the Trustee believes that the cost of pursuing the Remnant Assets will

---

[1] The term "Goods" as used herein shall have the meaning ascribed to it under § 9-102(a)(44) of the Uniform Commercial Code.

likely exceed the benefit that the Estate would possibly receive.

## **Bidding Procedures**

13. Contemporaneously herewith, the Trustee has filed a notice of the Motion ("Notice"), which establishes a deadline by which objections or responses to this Motion must be filed with the Court ("Response Deadline").

14. While the Trustee is prepared to consummate the sale of the Remnant Assets to Oak Point pursuant to the terms set forth herein and in the Purchase Agreement, in the event a party other than Oak Point (each, a "Competing Bidder") wishes to purchase the Remnant Assets, the Trustee requests that the Court approve the following overbid procedures (collectively, "Bidding Procedures"):

   a. Each Competing Bidder who wants to participate in the overbid process must notify the Trustee of her intention to do so in accordance with the Notice on or before the Response Deadline;

   b. the first overbid for the Remnant Assets by a Competing Bidder must be at least $4,000 more than the Purchase Price, or a total of $9,000;

   c. each Competing Bidder must submit a Cashier's Check to the Trustee in the amount of such Competing Bidder's first overbid at the time such overbid is made;

   d. each subsequent overbid for the Remnant Assets must be in additional increments of $1,000, unless otherwise agreed by the parties or directed by the Court;

   e. the bidder must purchase the Remnant Assets under the same terms and conditions set forth in the Purchase Agreement, other than the purchase price; and

   f. in the event of an overbid that meets the foregoing conditions, the Trustee will schedule an auction of the Remnant Assets in advance of the hearing date and will request that the Court approve the winning bidder at the auction as the purchaser at the hearing on the Motion.

15. The Trustee believes that the sale of the Remnant Assets in accordance with the terms of the Purchase Agreement, and as provided herein, serves the best interests of the

Debtor's Estate and creditors, as the sale will allow the Trustee to realize additional funds for the benefit of the Estate. Accordingly, the sale to Oak Point should be approved as requested.

### Authority for Requested Relief

16. Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Moreover, section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

17. To approve the use, sale or lease of property outside the ordinary course of business, the Court must find that such sale is supported by the sound business judgment of the debtor or trustee, as the case may be. *See In re Martin (Myers v. Martin)*, 91 F.3d 389, 395 (3d Cir. 1996); *In re Abbott's Dairies of Pa., Inc.*, 788 F.2d 143 (3d Cir. 1986) (requiring good faith purchasing); *Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 391 (6th Cir. 1986); *Comm. of Equity Sec. Holders v. Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983); *In re Del. & Hudson Ry. Co.*, 124 B.R. 169, 176 (Bankr. D. Del. 1991) (holding that transactions should be approved under section 363(b)(1) when: (a) they are supported by the sound business judgment of a debtor's management; (b) interested parties are provided with adequate and reasonable notice; (c) the sale price is fair and reasonable; and (d) the purchaser is acting in good faith); *In re Ionosphere Clubs, Inc.*, 100 B.R. 670, 675 (Bankr. S.D.N.Y. 1989); and *In re Phoenix Steel Corp.*, 82 B.R. 334, 335 (Bankr. D. Del. 1987) (stating that the elements necessary for approval of a section 363 sale in a chapter 11 case are "that the proposed sale is fair and equitable, that there is a good business reason for completing the sale and the transaction is in good faith.").

18. A trustee's showing of sound business judgment, in turn, need not be unduly

exhaustive; instead the trustee is "simply required to justify the proposed disposition with sound business reasons." *In re Baldwin United Corp.*, 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984). Whether or not there are sufficient business reasons to justify a sale depends upon the facts and circumstances of each case. *See Lionel*, 722 F.2d at 1071. Bankruptcy courts are given substantial discretion in deciding whether to authorize a sale of a debtor's assets outside of the ordinary course of business. *See In re Chateaugay Corp.*, 973 F.2d 141, 144 (2d Cir. 1992).

19. The Trustee submits that the sale of the Remnant Assets pursuant to the Purchase Agreement represents a prudent and proper exercise of the Trustee's business judgment under the circumstances, and is in the best interests of creditors of the Debtor's Estate. Specifically, the Purchase Agreement was negotiated at arm's length and in good faith, and the Trustee believes that the Purchase Price is reasonable and represents fair value. Indeed, the Trustee is not aware of any future assets or claims that may be liquidated, obtained or otherwise administered, and absent the sale to Oak Point, the Debtor's Estate would not realize any benefit on account of the Remnant Assets. Therefore, the Trustee respectfully requests that the Court approve the sale of the Remnant Assets to Oak Point.

20. Moreover, based on the foregoing, Oak Point should be deemed a good faith purchaser. Although the Bankruptcy Code does not define "good faith purchaser," the United States Court of Appeals for the Third Circuit construing section 363(m), has stated that "the phrase encompasses one who purchases in 'good faith' and for 'value'." *In re Abbott's Dairies of Pa., Inc.*, 788 F.2d at 147; *see also In re Mark Bell Furniture Warehouse, Inc.*, 992 F.2d 7, 8 (1st Cir. 1993); *In re Willemain v. Kivitz,* 764 F.2d 1019, 1023 (4th Cir. 1985); and *In re Vanguard Oil & Serv. Co.*, 88 B.R. 576, 580 (E.D.N.Y. 1988).

21. Additionally, section 363(f) of the Bankruptcy Code permits a trustee to sell

assets free and clear of all interests which may be asserted against such assets, with any such interests attaching to the net proceeds of the sale, if subject to the rights and defenses of a debtor with respect thereto:

    a. Applicable nonbankruptcy law permits sale of such property free and clear of such interest;

    b. Such entity consents;

    c. Such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

    d. Such interest is in bona fide dispute; or

    e. Such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f). As section 363(f) of the Bankruptcy Code is stated in the disjunctive, when proceeding pursuant to section 363(b), it is only necessary to meet one of the five conditions of section 363(f). To the extent that there are interests that may be asserted in the Remnant Assets, the Trustee believes that one or more of the aforementioned conditions have been satisfied.

    22.    Finally, the Trustee's proposed Bidding Procedures are appropriate and should be approved by the Court. Courts have routinely held that when the sale of assets in bankruptcy is done on a competitive bidding basis, as is proposed herein, it is appropriate to require parties submitting competing bids to submit bids that exceed the existing bid by a specified amount. *See, e.g.*, *In re Financial News Network Inc.*, 931 F.2d 217 (2d Cir. 1991). Oak Point has expended, and will continue to expend, considerable time, money, and energy pursuing the purchase of the Remnant Assets as proposed herein, and has engaged in good faith, arm's length negotiations with the Trustee.

## Waiver of Stay of Order

    23.    To successfully implement the Purchase Agreement, the Trustee also seeks a

waiver of the fourteen-day stay under Bankruptcy Rule 6004(h).

### Notice

24.Notice of this Motion has been given to the Debtor, the Office of the United States Trustee, Oak Point, and all parties requesting notice pursuant to Bankruptcy Rule 2002. The Trustee submits, and requests that this Court determine, that such notice is proper and adequate; no further notice is required; and that other and further notice be waived.

WHEREFORE, the Trustee respectfully requests entry of an order authorizing the sale of the Remnant Assets pursuant to the terms of the Purchase Agreement, waiving the fourteen-day stay under Bankruptcy Rule 6004(h), and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: September 21, 2018By/s/ Rodney D. Tow
Rodney D. Tow, Chapter 7 Trustee
1122 Highborne Cay Court
Texas City, TX 77590-1403
(281) 429-8300

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served by Certificateofservice.com, on all of the parties on the attached service list, including all parties requesting notice, via either ECF notification, e-mail, or first-class mail, proper postage affixed, on the 21st day of September, 2018.

/s/Rodney Tow
Rodney D. Tow

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-33832<br>Southern District of Texas<br>Houston<br>Fri Sep 21 11:55:00 CDT 2018 | Aquinas Companies, LLC<br>c/o Joseph Acosta<br>4514 Cole Avenue<br>Suite 600<br>Dallas, TX 75205-4193 | Fireproof Contractors, Inc.<br>c/o Donald W. Gould, II<br>Johnson DeLuca Kennedy & Kurisky, P.C.<br>4 Houston Center<br>1221 Lamar Street, Suite 1000<br>Houston, TX 77010-3050 |
| Fretz Construction Company<br>8945 Long Point Road<br>Houston, TX 77055-3034 | Graves Mechanical, Inc.<br>5910 Schumacher Lane<br>Houston, TX 77057-7188 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| LMS, Inc. d/b/a Landscape Management Service<br>P.O. Box 35747<br>Houston, Tx 77235-5747 | Lakey Electric Co.<br>c/o Peckar & Abramson<br>One Riverway<br>Ste. 5070<br>Houston, TX 77056-1920 | Linesbeck Group, LLC<br>c/o Marty Coleman<br>5220 McKinney Avenue<br>Suite 200<br>Dallas, TX 75205-3356 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Texas Comptroller of Public Accounts<br>Rachel Obaldo<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Zimmerman Interests, Inc.<br>3410 Montrose Blvd.<br>Houston, TX 77006-4329 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | A Affordable Insulators<br>17515 Colony Creek Dr.<br>Spring, TX 77379-2321 | AAA Paymaster Sales & Service<br>4660 Beechnut, Suite 209<br>Houston, TX 77096-1805 |
| ABC Doors, Inc.<br>P.O. Box 20485<br>Houston, TX 77225-0485 | ACS Flooring Group, Inc.<br>1289 N. Post Oak Road, Suite 190<br>Houston, TX 77055-7253 | AECO Interior Contractors<br>P.O.Box 10378<br>Houston, TX 77206-0378 |
| AFA Systems, Inc.<br>4719 Ingersoll Street<br>Houston, TX 77027-6601 | Action Parking Area Maint.<br>P.O. Box 2144<br>Pearland, TX 77588-2144 | Action Trucking Company<br>P.O. Box 670506<br>Dallas, TX 75267-0506 |
| Acton Mobile Industries, LLC<br>P.O. Box 758689<br>Baltimore, MD 21275-8689 | Adams Insurance Services, Inc.<br>P.O. Box 7011<br>Houston, TX 77248-7011 | Alpha Threaded Products<br>6426 Long Drive<br>Houston, TX 77087-3408 |
| Aluminium Techniques, Inc.<br>13302 Redfish Lane<br>Stafford, TX 77477-4422 | Always In Season, Inc.<br>P.O. Box 271502<br>Houston, TX 77277-1502 | American Door Products<br>P.O. Box 55187<br>Houston, TX 77255-5187 |
| American Fence Company<br>13222 Reeveston Rd.<br>Houston, TX 77039-4113 | American Fixtures<br>P.O. Box 2086<br>New Caney, TX 77357-2086 | American Life Insurance Corp.<br>P.O. Box 82590<br>Lincoln, NE 68501-2590 |

| | | |
|---|---|---|
| Ameritas Life Ins. Corp.<br>P.O. Box 82590<br>Lincoln, NE 68501-2590 | Anne Whitlock and Michael Skelly<br>1001 McKinney St., Suite 700<br>Houston, TX 77002-6448 | Architectural Floors<br>1803 Allen Parkway<br>Houston, TX 77019-2504 |
| Architecture Center Houston Foundation<br>315 Capitol St., Suite 120<br>Houston, TX 77002-2827 | Associated Gen. Contractors<br>3825 Dacoma Street<br>Houston, TX 77092-8717 | Athene Annuity and Life Co.<br>P.O. Box 29047<br>New York, NY 10087-9047 |
| Banks Plastering<br>26009 Budde Rd., Bldg. B-100<br>Spring, TX 77380-2056 | Bayou City Masonry<br>6113 Clyde St.<br>Houston, TX 77007-2122 | Beirne, Maynard & Parsons, LLP<br>P.O. Box 27457<br>Houston, TX 77227-7457 |
| Big 4 Steel Services, L.P.<br>P.O. Box 3307<br>Spring, TX 77383-3307 | Big City Access Holdings, LLC<br>P.O. Box 678014<br>Dallas, TX 75267-8014 | Big Tex Welding Supply<br>6836 Long Drive<br>Houston, TX 77087-3416 |
| Brandt Electrical Services, Inc.<br>751 Carolina, Suite 400<br>Katy, TX 77494-8380 | Bruegging Company<br>11226 Charles Rd<br>Houston, TX 77041-2400 | Bugtime Termite & Pest Control<br>235 FM 1960 East Bypass<br>Humble, TX 77338-3624 |
| Builders Gypsum Supply, LLP<br>P.O. Box 731242<br>Dallas, TX 75373-1242 | Burns DeLatte & McCoy, Inc.<br>320 Wescott<br>Houston, TX 77007-7027 | Burts Construction, Inc.<br>26117 Highway 249<br>Tomball, TX 77375-7356 |
| Buyers Barricades<br>P.O. Box 7498<br>Fort Worth, TX 76111-0498 | CKC Steel Erectors, LLC<br>P.O. Box 841007<br>Houston, TX 77284-1007 | (p)CLS TECHNOLOGY INC<br>5206 EAST 3RD STREET<br>KATY TX 77493-2112 |
| COASTAL SUPPLIES & SERVICES CORPORATION<br>7700 EAGLE LANE<br>SPRING, TEXAS 77379-3183 | CP Applications, LLC<br>P.O. Box 590826<br>Houston, TX 77259-0826 | Chamberlin Houston, LLC<br>7510 Langtry<br>Houston, TX 77040-6629 |
| Champion Rentals, Inc.<br>6903 North Shepherd<br>Houston, TX 77091-2523 | Circle Saw Builders Supply<br>2510 Ella Boulevard<br>Houston, TX 77008-2712 | Coastal Supplies and Services, Corp.<br>7700 Eagle Lane<br>Spring, TX 77379-3183 |
| Commercial Tile & Marble<br>11226 Charles Rd.<br>Houston, TX 77041-2400 | Concrete Cleaning, Inc.<br>P.O. Box 73452<br>Houston, TX 77273-3452 | Conroe Welding Supply, Inc.<br>415 South Frazier<br>Conroe, TX 77301-5098 |

| | | |
|---|---|---|
| Construction Ecoservices<br>P.O. Box 672987<br>Houston, TX 77267-2987 | Core Associates, LLC<br>c/o Merrill Lynch<br>105 South Bedford Road<br>Mount Kisco, NY 10549-3441 | Crawford Electric Supply Company, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4176 |
| Cristo Rey Jesuit College Preparatory School<br>6700 Mount Carmel Street<br>Houston, TX 77087-6624 | D & H Masonry<br>5719 Edward Drive<br>Houston, TX 77032-2611 | David Morris + Architect<br>1211 Hardwood Lane<br>College Station, Texas 77840-3639 |
| David Morris, Architect<br>5707 Reamer<br>Houston, TX 77096-2936 | Diversified Plastering<br>15250 Sellers Road<br>Houston, TX 77060-4516 | Don F. Russell, P.C.<br>4635 Southwest Freeway, Suite 610<br>Houston, TX 77027-7105 |
| Door King<br>2209 Hurfus Dr.<br>Houston, TX 77092-8109 | Dow Pipe & Fence Supply Co.<br>1802 Preston Road<br>Pasadena, TX 77503-2919 | ESC Consultants, Inc.<br>P.O. Box 691447<br>San Antonio, TX 78269-1447 |
| Eickhof Columbaria, Inc.<br>P.O. Box 537<br>Crookston, MN 56716-0537 | Empire Steel Erectors, LP<br>2227 Wilson Road<br>Humble, TX 77396-4415 | Episcopal Health Foundation<br>500 Fannin Street, Suite 300<br>Houston, TX 77002-3159 |
| Excel Carpets, Inc.<br>511 Rankin Circle North<br>Houston, TX 77073-4311 | Fast Track Specialties, Inc.<br>7807 Bluff Point Drive, Suite 180<br>Houston, TX 77086-1782 | Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987-0978 |
| Fireproof Contractors, Inc.<br>P.O. Box 550107<br>Houston, TX 77255-0107 | First Colony Church of Christ<br>2140 First Colony Blvd.<br>Sugar Land, TX 77479-4299 | Forney Construction<br>8945 Long Point Rd., Suite 200<br>Houston, TX 77055-3036 |
| Frank H. Holcomb, P.C.<br>1330 Post Oak Blvd., Suite 2930<br>Houston, TX 77056-3234 | GTS Window Coverings LLC<br>11423 Sagegrove Lane<br>Houston, TX 77089-4623 | Gainsborough Waste<br>P.O. Box 4509-2<br>Houston, TX 77210-4509 |
| Graco Interests, Inc. d/b/a Graco Mechanical<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015-2936 | Graco Mechanical<br>5910 Schumacher Lane<br>Houston, TX 77057-7188 | Graves Mechanical<br>5941 Schumacher Lane<br>Houston, TX 77057 |
| Gulf Coast Erectors, Inc.<br>5314 Spencer Highway<br>Pasadena, TX 77505-1514 | Gulf Storage Partners, LP<br>P.O. Box 791003<br>Baltimore, MD 21279-1003 | H.G. Fire Systems, L.P.<br>c/o The Mendel Law Firm, L.P.<br>1155 Dairy Ashford, Suite 104<br>Houston, TX 77079-3011 |

| | | |
|---|---|---|
| HG Fire Systems, LP<br>15102 Sommermeyer, Suite 100<br>Houston, TX 77041-5366 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | High Quality Structural<br>10322 Chatteron Drive<br>Houston, TX 77043-3335 |
| Hilti, Inc.  TX<br>Dept 0890<br>P.O. Box 120001<br>Dallas, TX 75312-0890 | Home Depot<br>Dept 32-2500754670<br>P.O. Box 9001043<br>Louisville, KY 40290-1043 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 |
| IPlumb<br>308 W. Pasadena Frwy<br>Pasadena, TX 77506-1240 | Iklo Glass<br>47 Lake Sterling Gate Dr.<br>Spring, TX 77379-7205 | Image Stone Design, Inc.<br>3118 Golfcrest Blvd.<br>Houston, TX 77087-2406 |
| Impact Stone Design, Inc.<br>3118 Golfcrest Boulevard<br>Houston, TX 77087-2406 | Industrial Matt Co.<br>P.O. Box 896<br>Clute, TX 77531-0896 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Access<br>3815 Hollister St.<br>Houston, TX 77080-1848 | Iron Works Doors<br>4603 Bridgeview Lane<br>Spring, TX 77388-4304 | Jarrar & Company, Inc.<br>9119 Emmott Road<br>Houston, TX 77040-3513 |
| KGI<br>11251 NW Freeway, Suite 450<br>Houston, TX 77092-6553 | Kiley Advisors, LLC<br>99 Deteringm Suite 104<br>Houston, TX 77007-8225 | Kirksey<br>6909 Portwest Drive<br>Houston, TX 77024-8010 |
| Klinger Specalties Direct, Inc.<br>3300 East TC Jester Blvd.<br>Houston, TX 77018 | Kronberg's Flags/Flagpoles<br>7106 Mapelridge<br>Houston, TX 77081-6626 | LMS<br>c/o Jeffrey B. Kaiser<br>Kaiser, P.C.<br>2211 Norfolk, Suite 528<br>Houston, TX 77098-4055 |
| Lakey Electric Co.<br>P.O. Box 40279<br>Houston, TX 77240-0279 | Lamm & Smith, P.C.<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 | Landscape Art, Inc.<br>2303 Dickinson Ave.<br>League City, TX 77573-8209 |
| Larry Minns c/o Grent Dunwoody<br>2500 Tanglewilde Ste. 150<br>Houston, TX 77063-2183 | Larry Minns, Landscape Architect<br>7670 S. FM 1486 Road<br>Montgomery, TX 77316-3822 | Laser Acoustics, Inc.<br>11391 Meadowglen Lane, Suite K<br>Houston, TX 77082-2648 |
| Leon's Concrete<br>6641 Midfield Drive<br>Houston, TX 77092-5717 | Letsos Company<br>P.O. Box 36927<br>Houston, TX 77236-6927 | Light<br>4202 Richmond Avenue<br>Houston, TX 77027-6814 |

| | | |
|---|---|---|
| Lighthouse of Houston<br>3602 West Dallas<br>Houston, TX 77019-1704 | Linden-Kranz<br>1931 Wilderness Point Rd<br>Kingwood, TX 77339-2240 | Livingston Construction Services<br>719 Turkey Creek<br>Livingston, TX 77351-8245 |
| Lone Star Overnight<br>6500 River Place Blvd., Bldg#2, Ste<br>Austin, TX 78730-1155 | Lone Star Overnight<br>P.O. Box 149225<br>Austin, TX 78714-9225 | Lowe's Commercial Services 4847<br>P.O. Box 530954<br>Atlanta, GA 30353-0954 |
| Lowery Masonry, LLC<br>P.O. Box 750516<br>Houston, TX 77275-0516 | Luebe Jones, Inc. d/b/a Avadek<br>c/o Charles E. Lobb Jr.<br>Murray Lobb, PLLC<br>700 Gemini, Suite 115<br>Houston, TX 77058-2735 | MGC, Inc.<br>6800 Sands Point Drive<br>Houston, TX 77074-3730 |
| MHC Consulting, Inc.<br>P.O. Box 9057<br>Spring, TX 77387-9057 | Marchal/Stevenson Elev. Co.<br>11050 W. Little York, Bldg. E<br>Houston, TX 77041-5056 | McLemore Bldg. Maintenance, Inc.<br>110 Fargo Street<br>Houston, TX 77006-2097 |
| Melton & Melton, L.L.P.<br>6002 Rogerdale, Suite 200<br>Houston, TX 77072-1660 | Meyerland Glass & Mirror Co.<br>12922 Murphy Road<br>Stafford, TX 77477-3904 | Millis Equipment<br>931 Pheasant Valley Drive, Suite 240<br>Missouri City, TX 77489-1317 |
| Millis Equipment Rental LLC<br>c/o Josh Judd<br>Andrews Myers, PC<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Minuteman Press Downtown<br>2117 Chenevert Street, Suite A<br>Houston, TX 77003-5845 | Mobile Mini, Inc.<br>P.O. Box 7144<br>Pasadena, CA 91109-7144 |
| Montalbano Lumber<br>1309 Houston Avenue<br>Houston, TX 77007-6296 | Naegeli Transportation<br>7201 Easthaven Blvd.<br>Houston, TX 77017-6597 | National Construction Rentals<br>16207 Aldine Westfield<br>Houston, TX 77032-1307 |
| National Terrazzo Tile & Marble, Inc.<br>5728 HoodStreet<br>Houston, TX 77023-5998 | Occupational Health Centers of Southwest<br>P.O. Box 9005<br>Addison, TX 75001-9005 | Overhead Door Company of Houston<br>11533 South Main<br>Houston, TX 77025-5987 |
| Pampered Lawns, Inc.<br>5602 Centralcrest<br>Houston, TX 77092-7096 | Peak Roofing, Inc.<br>P.O. Box 70768<br>Houston, TX 77270-0768 | Pella Products of Houston<br>8700 Fallbrook Drive<br>Houston, TX 77064-3317 |
| Pinnacle Structural Engineers<br>3120 Southwest Freeway, Suite 410<br>Houston, TX 77098-4510 | Precision Demolition, LLC<br>5909 Gardendale Drive<br>Houston, TX 77092-7019 | Preferred Foodservice Design Supply, Inc<br>3605 Willowbend Blvd., Suite 575<br>Houston, TX 77054-1196 |

| | | |
|---|---|---|
| Pyrotex Systems, Inc.<br>P.O. Box 1639<br>Alvin, TX 77512-1639 | Quality Fasteners, Inc.<br>15023 Willis Street<br>Houston, TX 77032-2723 | R & M Service., Inc.<br>918 W. Donovan<br>Houston, TX 77091-5653 |
| Ram Tool & Supply, Inc.<br>P.O. Box 743487<br>Atlanta, GA 30374-3487 | Raven Mechanical, LP<br>1618 Buschong<br>Houston, TX 77039-1207 | Raven Mechanical, LP<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4176 |
| Remedy Roofing, Inc.<br>21925 Franz Road, Suite 402<br>Katy, TX 77449-3723 | Renfrow Metalsmiths<br>923 Wakefield Drive<br>Houston, TX 77018-6203 | Renfrow Metalsmiths, LLC<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4176 |
| Rob Pelletier Construction, Inc.<br>12402 Eastex Freeway<br>Houston, TX 77039-4916 | Rosslyn Building Systems, Inc.<br>10803 Donna<br>Houston, TX 77041-5101 | Ryder Insulation, Inc.<br>5810 N. Houston Rosslyn Road<br>Houston, TX 77091-3402 |
| SKAI Foundation<br>c/o Aaron J. Power<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | Sani-Weld, Inc.<br>1614 Isom<br>Houston, TX 77039-5310 | Santiago Iron Works, Inc.<br>2237 Wisconsin Street<br>Dallas, TX 75229-2031 |
| Scaffold Solutions, Inc.<br>P.O. Box 590733<br>Houston, TX 77259-0733 | Schindler Elevator Corp.<br>2105 Silber Road, Suite 100<br>Houston, TX 77055-2653 | Sherwin-Williams<br>2821 Gulf Freeway<br>Houston, TX 77003-5332 |
| Skai Foundation<br>6 Glenshen Way<br>Spring, TX 77382-6007 | Southeast Texas Mobility<br>580 T.C. Jester<br>Houston, TX 77007-1127 | Southern Tile & Terrazzo, Inc.<br>6829 Lindbergh<br>Houston, TX 77087-5118 |
| Stainless Steel Custom Fabricators, Inc.<br>P.O. Box 450132<br>Houston, TX 77245-0132 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Steelco, Inc.<br>11210 Steeplecrest Drive, Suite 260<br>Houston, TX 77065-4988 |
| Steven R. Hill Const. Co., Inc.<br>8534 Rayson Road<br>Houston, TX 77080-3625 | Sun Coast Resources, Inc.<br>P.O. Box 202603<br>Dallas, TX 75320-2603 | Sunbelt Rentals<br>1275 W Mound St.<br>Columbus, OH 43223-2213 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Sunset Glass Tinting<br>3760 Greenbriar Drive<br>Stafford, TX 77477-3924 | Superior Automatic Fire System<br>94 White Road<br>Houston, TX 77047-6008 |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | T.A. Construction Services LLC<br>21912 Mueschke Road, Building A<br>Tomball, TX 77377-3519 | T.A.S. Commercial Concrete Construction<br>19319 Oil Cente Blvd.<br>Houston, TX 77073-3354 |
| T.W. Robinson, Inc.<br>16757 Squyres Rd., Suite 100<br>Spring, TX 77379 | TD Industries<br>13850 Diplomat Drive<br>Dallas, TX 75234<br>( 75234-8812 | TLS Trucking & Contracting, Inc.<br>20910 Hunters Creek Way<br>Hockley, TX 77447-7091 |
| TDC Waterproofing and Restoration, LLC<br>4417 Campbell Rd.<br>Houston, TX 77041-9102 | | |
| TNTMC<br>P.O. Box 55544<br>Houston, TX 77255-5544 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Mutual Insurance Company<br>6210 E. Highway 290<br>Austin, TX 78723-1098 |
| Texas Mutual Insurance Company<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | Texas Outhouse, Inc.<br>P.O. Box 4509-1<br>Houston, TX 77210-4509 | Texas Workforce Commission<br>Labor Law Payment Division<br>P.O. Box 684483<br>Austin, TX 78768-4483 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Thomas Printworks<br>P.O. Box 740967<br>Dallas, TX 75374-0967 | Thomas Reprographics, Inc.<br>Thomas Printworks<br>600 North Central Expressway<br>Richardson, TX 75080-5316 |
| Tobin & Rooney, Inc.<br>P.O. Box 6873<br>Houston, TX 77265-6873 | Tobin & Rooney, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4176 | Triple-S Steel Supply Company<br>Intsel Steel Distributors<br>11310 West Little York<br>Houston, TX 77041-4917 |
| Triple-S Steel Supply Company<br>P.O. Box 21119<br>Houston, TX 77226-1119 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Underwood Sheetmetal, Inc.<br>P.O. Box 70768<br>Houston, TX 77270-0768 |
| VR Special Services<br>P.O. Box 12958<br>Houston, TX 77217-2958 | Vaughn Construction Company<br>10355 Westpark Dr.<br>Houston, TX 77042-5312 | Vernon Masonry, Inc.<br>P.O. Box 878<br>Humble, TX 77347-0878 |
| W & W Telephone Co., Inc.<br>P.O. Box 576<br>Tomball, TX 77377-0576 | Western Specialty Contractors of America<br>8813 Fairbanks N. Houston Road<br>Houston, TX 77064-6802 | Western Waterproofing Company of America<br>d/b/a Western Specialty Contractors of A<br>1637 North Warson Road<br>St Louis, MO 63132-1027 |
| Williams Scottsman, Inc<br>P.O. Box 91975<br>Chicago, IL 60693-1975 | Winstead PC<br>Attn: Accounts Receivables<br>2728 N. Harwood Street<br>Dallas, TX 75201-1743 | Young & Sons Drywall, LP<br>P.O. Box 550683<br>Houston, TX 77255-0683 |

| | | |
|---|---|---|
| Ziegler Cooper Architects<br>600 Travis, Suite 1200<br>Houston, TX 77002-3009 | Mike Jarrar Jarrar & Company, Inc.<br>9119 Emmott Rd.<br>Houston, TX 77040-3513 | Rodney D Tow<br>Rodney Tow, PLLC<br>1122 Highborne Cay Court<br>Texas City, TX 77590-1403 |
| Trent L Rosenthal<br>Trent L Rosenthal, P.L.L.C.<br>675 Bering<br>Suite 150<br>Houston, TX 77057-2188 | (p)WILLIAM G WEST P C CPA<br>12345 JONES ROAD<br>SUITE 214<br>HOUSTON TX 77070-4959 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CLS Technology, Inc.<br>P.O. Box 1066<br>Katy, TX 77492-1066 | IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | State Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Sec<br>P.O. Box 13528<br>Austin, TX 78711-3528 |
| William G West<br>William G. West, P.C., C.P.A<br>12345 Jones Road<br>Suite 214<br>Houston, TX 77070 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)B & D Contractors, Inc. | (u)Crawford Electric Supply Company, Inc | (u)First Colony Church of Christ |
| (u)Raven Mechanical, L.P. | (u)SKAI Foundation | (u)Scaffold Solutions, Inc.<br>William F. Harmeyer & Associates, PC<br>7322 Southwest Freeway<br>Suite 510<br>Houston |
| (u)Tobin & Rooney, Inc. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Zimmerman Interests, Inc.<br>3410 Montrose Blvd.<br>Houston, TX 77006-4329 |

End of Label Matrix
Mailable recipients    214
Bypassed recipients      9
Total                  223