

**Two Houston Center**
**909 Fannin St., 37th Floor**
**Houston, TX  77010**

Fed. Tax I.D. #76-0631446

| | |
|---|---|
| Rodney D. Tow, Trustee - Fretz Construction Company | Invoice  32828 |
| Rodney Tow, PLLC | June 18, 2019 |
| 1122 Highborne Cay Court | |
| Texas City,  TX  77590 | |

ID: 2323-00011 - CMR

Re: Fretz Construction Company

For Services Rendered Through  5/31/2019

| | | |
|---|---:|---:|
| Current Fees | 15,297.00 | |
| Current Disbursements | 264.78 | |
| Total Current Charges | | 15,561.78 |
| **Total Due** | | **15,561.78** |

EXHIBIT C-1

**Diamond McCarthy LLP**

| Rodney D. Tow, Trustee - Fretz Construction Company | June 18, 2019 |
|---|---|
| I.D. 2323-00011 - CMR | Invoice  32828 |
| Re: Fretz Construction Company | Page  2 |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | Hours | Rate/Hour | Amount |
| Kyung S. Lee | Partner | 0.50 | 750.00 | 375.00 |
| Charles M. Rubio | Partner | 16.10 | 420.00 | 6,762.00 |
| Charles M. Rubio | Partner | 1.20 | 525.00 | 630.00 |
| Michael D. Fritz | Associate | 20.30 | 320.00 | 6,496.00 |
| Catherine A. Burrow | Paralegal | 4.70 | 220.00 | 1,034.00 |
| | **Totals** | **42.80** | | **15,297.00** |

| Fees | | | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 08/04/17 | MDF | Further revise and update supporting declaration for Diamond McCarthy employment application. | 0.40 | 320.00 | 128.00 |
| 08/07/17 | MDF | Prepare demand letter seeking turnover of funds owed to Debtor. | 1.00 | 320.00 | 320.00 |
| 08/07/17 | CMR | Work session on Tomball Church demand letter. | 0.30 | 420.00 | 126.00 |
| 08/08/17 | MDF | Attend the § 341 meeting of creditors. | 1.60 | 320.00 | 512.00 |
| 08/10/17 | MDF | Revise broker agreement and declaration and obtain broker signatures on same. | 0.20 | 320.00 | 64.00 |
| 08/11/17 | MDF | Revise motion to employ to include request for nunc pro tunc relief; perform final review and ensure that same is properly filed. | 1.00 | 320.00 | 320.00 |
| 08/11/17 | CAB | Revise, finalize, file and serve application to retain Diamond McCarthy as counsel for trustee. | 0.60 | 220.00 | 132.00 |
| 09/05/17 | CMR | Work session on preparation of sale documents. | 0.50 | 420.00 | 210.00 |
| 09/06/17 | CAB | Download and circulate schedules and statements filed by debtor; review same to obtain details regarding accounts receivable reported by the debtor. | 0.50 | 220.00 | 110.00 |
| 09/06/17 | MDF | Draft motion to reject office lease. | 1.00 | 320.00 | 320.00 |
| 09/08/17 | MDF | Draft motion to sell miscellaneous assets (1.1); strategize regarding best approach for upcoming motion practice (.4); revise lease-rejection motion and motion to sell (.8). | 2.30 | 320.00 | 736.00 |
| 09/08/17 | CMR | Work on motion to reject Forney sublease (.6); work on motion to sell miscellaneous assets (.6). | 1.20 | 420.00 | 504.00 |
| 09/11/17 | MDF | Continue revising motion to sell miscellaneous property. | 0.50 | 320.00 | 160.00 |
| 09/12/17 | CAB | Review, finalize, and file (1) emergency motion for rejection of offshore lease and (2) motion to sell miscellaneous property (.7); telephone conference with clerk regarding hearing dates related to same (.1); email to M. Fritz regarding outcome of call with court clerk (.1). | 0.90 | 220.00 | 198.00 |
| 09/12/17 | MDF | Perform final review before filing motions. | 0.10 | 320.00 | 32.00 |
| 09/12/17 | CMR | Call with J. Acosta regarding warehouse lease (.4); review terms of lease and follow up with R. Tow regarding same (.8); | 1.40 | 420.00 | 588.00 |

**Diamond McCarthy LLP**

| | | | | | |
|---|---|---|---|---|---|
| Rodney D. Tow, Trustee - Fretz Construction Company | | | | | June 18, 2019 |
| I.D. 2323-00011 - CMR | | | | | Invoice  32828 |
| Re: Fretz Construction Company | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | coordinate with R. Tow and J. Acosta regarding sending B. Webster to review contents of storage (.2). | | | |
| 09/13/17 | CAB | Download and forward copy of Harris County proof of claim to M. Fritz. | 0.20 | 220.00 | 44.00 |
| 09/13/17 | CMR | Address comments from Harris County regarding tax claim in sale order. | 0.40 | 420.00 | 168.00 |
| 09/18/17 | MDF | Prepare notice of revised order for sale of miscellaneous assets. | 0.30 | 320.00 | 96.00 |
| 09/18/17 | CMR | Work on revision to notice of revised proposed order for sale. | 0.20 | 420.00 | 84.00 |
| 09/21/17 | MDF | Ensure that Fretz demand letter is served (.1); discuss with R. Tow status of case and list of action items (.2). | 0.30 | 320.00 | 96.00 |
| 09/26/17 | KSL | Review emails and issues relating to insurance on the vessels (.5). | 0.50 | 750.00 | 375.00 |
| 11/16/17 | CAB | Assemble documents and prepare hearing binder requested by C. Rubio for 11-17 hearing. | 0.50 | 220.00 | 110.00 |
| 11/17/17 | CMR | Prepare for and attend hearing on Acquinas motion to compel (3.2). | 3.20 | 420.00 | 1,344.00 |
| 11/21/17 | CMR | Follow up with R. Tow regarding Acquinas hearing and next steps (.3). | 0.30 | 420.00 | 126.00 |
| 11/27/17 | CMR | Prepare for continued hearing on Aquinas Motion to Compel. | 2.20 | 420.00 | 924.00 |
| 11/29/17 | CMR | Prepare correspondence to R. Tow with results of Acquinas hearing and next steps (.3). | 0.30 | 420.00 | 126.00 |
| 02/08/18 | CMR | Follow up with R. Tow on discovery requests. | 0.20 | 420.00 | 84.00 |
| 03/12/18 | CMR | Correspondence with M. Fritz to prepare discovery responses. | 0.20 | 420.00 | 84.00 |
| 03/13/18 | MDF | Email to Bill West regarding discovery request from SKAI foundation. | 0.20 | 320.00 | 64.00 |
| 03/14/18 | MDF | Draft, finalize, and serve Trustee's responses to third-party discovery requests from SKAI Foundation. | 2.10 | 320.00 | 672.00 |
| 03/19/18 | CMR | Call with A. Powers regarding SKAI settlement and review prior correspondence regarding same. | 0.50 | 420.00 | 210.00 |
| 03/20/18 | CMR | Correspondence with A. Powers regarding Skai Foundation settlement. | 0.40 | 420.00 | 168.00 |
| 03/26/18 | CAB | Assemble and forward copies of all schedules and statement of financial affairs to R. Tow and C. Rubio. | 0.30 | 220.00 | 66.00 |
| 03/27/18 | CMR | Prepare recommendation for R. Tow with respect to Skai Settlement. | 0.50 | 420.00 | 210.00 |
| 04/09/18 | MDF | Meeting with R. Tow regarding status of Fretz case. | 0.20 | 320.00 | 64.00 |
| 05/04/18 | CMR | Review draft settlement demand letters and provide M. Fritz comments. | 0.40 | 420.00 | 168.00 |
| 05/04/18 | MDF | Prepare draft demand letters to collect A/R for Debtor (1.5); investigate parties' relative rights to retainage (1.0). | 2.50 | 320.00 | 800.00 |
| 05/08/18 | MDF | Strategize regarding scope of demand letters and finalize same. | 1.10 | 320.00 | 352.00 |
| 06/29/18 | MDF | Draft and circulate email explaining responses to demand letters sent to collect on outstanding A/R. | 0.40 | 320.00 | 128.00 |
| 07/02/18 | CMR | Follow up with A. Potter (Will West's firm) regarding Fretz server | 0.50 | 420.00 | 210.00 |

**Diamond McCarthy LLP**

| | | | | | |
|---|---|---|---|---|---|
| Rodney D. Tow, Trustee - Fretz Construction Company | | | | | June 18, 2019 |
| I.D. 2323-00011 - CMR | | | | | Invoice 32828 |
| Re: Fretz Construction Company | | | | | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and follow up with A. Powers regarding same. | | | |
| 08/06/18 | MDF | Respond to request for information regarding condominium interests | 0.10 | 320.00 | 32.00 |
| 08/10/18 | MDF | Discussion with Ms. Den Beste regarding Fretz condominium interest. | 0.10 | 320.00 | 32.00 |
| 08/22/18 | MDF | E-mail to Tomball Bible Church regarding payment of invoices. | 0.30 | 320.00 | 96.00 |
| 08/23/18 | CMR | Prepare comments to remnant asset purchase agreement and correspondence with R. Tow regarding same. | 0.50 | 420.00 | 210.00 |
| 09/18/18 | MDF | E-mail regarding Fretz conditional lien waiver release. | 0.50 | 320.00 | 160.00 |
| 12/10/18 | MDF | Review issues connected to Tomball Bible Church claim. | 0.40 | 320.00 | 128.00 |
| 12/18/18 | MDF | Participate in call regarding Fretz (.4). | 0.40 | 320.00 | 128.00 |
| 12/19/18 | MDF | Participate in call regarding Fretz demand on HBC (.5); draft updated e-mail demand to HBC(.3). | 0.80 | 320.00 | 256.00 |
| 01/07/19 | MDF | E-mail regarding collection of TBC receivable. | 0.10 | 320.00 | 32.00 |
| 01/07/19 | CMR | Call with Janice at Oak Point Partners regarding facilitation of the recovery on the Tomball Bible Church accounts receivable and follow up with R. Tow regarding same. | 0.60 | 420.00 | 252.00 |
| 01/30/19 | MDF | Draft stipulation with Oak Point Partners. | 0.50 | 320.00 | 160.00 |
| 02/18/19 | CMR | Work on Fretz stipulation with Oak Point Partners regarding Tomball Bible Church A/R and send stipulation to R. Tow. | 0.90 | 420.00 | 378.00 |
| 02/22/19 | MDF | Call with R. Tow and C. Rubio regarding Fretz stipulation. | 0.30 | 320.00 | 96.00 |
| 02/22/19 | CMR | Finalize and send out Tomball Bible Church stipulation to Janice Alwin (Oak Point Partners). | 0.70 | 420.00 | 294.00 |
| 03/04/19 | CMR | Finalize and file stipulation with Oak Point Partners. | 0.50 | 420.00 | 210.00 |
| 03/08/19 | MDF | Review J. Carruth emails regarding Fretz (.1); call with J. Carruth regarding request for liquidation of claim (.3). | 0.40 | 320.00 | 128.00 |
| 03/12/19 | MDF | Attention to questions from J. Carruth regarding copies of insurance policies and issue regarding claim liquidation. | 0.60 | 320.00 | 192.00 |
| 03/14/19 | MDF | Attention to e-mail communications regarding J. Carruth's client's liquidation issue. | 0.20 | 320.00 | 64.00 |
| 03/18/19 | CMR | Review Tomball Bible Church documents and prepare status email to R. Tow regarding the procedure to transfer funds approved by the settlement. | 0.50 | 525.00 | 262.50 |
| 03/21/19 | CMR | Follow up with R. Tow to address process for distributing funds from Oak Point Partners settlement. | 0.20 | 420.00 | 84.00 |
| 03/21/19 | CMR | Multiple correspondence with R. Tow and firm management regarding wiring of funds from Tomball Bible Church settlement. | 0.40 | 525.00 | 210.00 |
| 03/22/19 | MDF | Call with J. Carruth regarding potential resolution of insurance issue (.2). | 0.20 | 320.00 | 64.00 |
| 03/27/19 | MDF | Further call with J. Carruth and e-mail to R. Tow regarding insurance issues (.2). | 0.20 | 320.00 | 64.00 |
| 04/14/19 | CMR | Follow up with R. Tow regarding correspondence from J. Acosta (Acquinas counsel) regarding payment of admin claim and make | 0.20 | 525.00 | 105.00 |

**Diamond McCarthy LLP**

Rodney D. Tow, Trustee - Fretz Construction Company  June 18, 2019
I.D. 2323-00011 - CMR  Invoice  32828
Re: Fretz Construction Company  Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | recommendation in connection with same. | | | |
| 04/15/19 | CMR | Follow up with J. Acosta regarding admin payment. | 0.10 | 525.00 | 52.50 |
| 05/02/19 | CAB | Preparation of final fee application and exhibits; forward same to M. Fritz for review and comment. | 1.70 | 220.00 | 374.00 |
| | | **Total Fees** | **42.80** | | **15,297.00** |

| | Disbursements | |
|---|---|---|
| Date | Description | Amount |
| | On-Line Research | 238.93 |
| 09/26/17 | Delivery Services; to Gary Ferguson, Forney Construction, 8945 Long Point Road, Suite 20, Houston, TX 09/15/2017/Inv. 5-936-63291; Federal Express | 24.44 |
| | Postage | 1.41 |
| | **Total Disbursements** | **264.78** |

**Diamond McCarthy LLP**

| | |
|---|---|
| Rodney D. Tow, Trustee - Fretz Construction Company | June 18, 2019 |
| I.D. 2323-00011 - CMR | Invoice  32828 |
| Re: Fretz Construction Company | Page  6 |

|  |  |
|---|---|
| **Total Fees and Disbursements** | **15,561.78** |
| **Total Current Charges** | **15,561.78** |

*The above amount may not include third party expenses for which we have not yet been billed.*
*REMITTANCE WITHIN 20 DAYS IS APPRECIATED*