UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FRETZ CONSTRUCTION COMPANY, | § § | Case No. 17-33832 |
| Debtor. | § § § | Chapter 7 |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DIAMOND McCARTHY LLP, AS COUNSEL FOR THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF JULY 6, 2017 THROUGH MAY 31, 2019**
(This Order relates to ECF No. ___)

The Court, having considered the First and Final Application (the "Application")[1] for Allowance of Compensation and Reimbursement of Expenses of Diamond McCarthy LLP ("Diamond McCarthy"), as bankruptcy counsel to Rodney D. Tow, the Chapter 7 Trustee (the "Trustee"), for the period July 6, 2017 through and including May 31, 2019 (the "Application Period"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue is proper in this district pursuant to 28 U.S.C. § 1408; and it appearing to the Court that due and proper notice of the Application has been given and no other or further notice need be provided; and it further appearing to the Court after review of the Application that Diamond McCarthy has established the basis for final allowance and payment of fees and expenses during the Application Period as set out in the Application; IT IS HEREBY

---

[1] Capitalized terms used but note defined herein have the meaning assigned to such terms in the Application.

ORDERED that the relief requested in Diamond McCarthy's Application for final allowance and payment of $15,561.78, representing professional fees earned in the amount of $15,297.00 and expenses incurred in the amount of $264.78 is granted; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed this _____ day of _____, 2019.

                                                                                         _____
                                                                                         **THE HONORABLE JEFF BOHM**
                                                                                         **UNITED STATES BANKRUPTY JUDGE**